# EXHIBIT A

| Event | Proposed Dates |
|---|---|
| Initial Scheduling Conference | 1/18/2022 |
| Exchange Rule 26(a)(1) Initial Disclosures | 2/1/2022 |
| Parties submit proposed Discovery Confidentiality Order | 2/1/2022 |
| Plaintiff identifies asserted claims | 2/17/2022 |
| Defendants serve Invalidity Contentions and Non-Infringement Contentions of asserted claims with supporting documents | 4/5/2022 |
| Plaintiff serves Infringement Contentions and Responses to Invalidity Contentions with supporting documents and things | 6/30/2022 |
| Parties exchange proposed terms for construction and thereafter meet and confer to narrow issues | 7/21/2022 |
| Parties exchange preliminary proposed constructions and identifications of intrinsic and extrinsic evidence and thereafter meet and confer to narrow issues | 8/11/2022 |
| Parties exchange evidence opposing proposed claim constructions and thereafter meet and confer to narrow issues | 8/25/2022 |
| Joint Claim Construction and Prehearing Statement | 9/9/2022 |
| Completion of fact discovery related to claim construction | 10/12/2022 |
| Parties file opening *Markman* briefs with supporting evidence including expert declarations and certifications | 10/26/2022 |
| Completion of expert discovery regarding *Markman* issues | 11/23/2022 |
| Parties file responsive *Markman* briefs with supporting evidence | 12/21/2022 |
| Parties propose schedule to the Court for Claim Construction Hearing | 1/6/2023 |
| Amendments to the pleadings or to join other parties with leave of Court | 12/20/2022 |
| Markman Hearing | To be determined |
| Substantial completion of document production | November 18, 2022 |
| Status Conference with Court | Early December, 2022 |
| Close of fact discovery | To be determined |

| | |
|---|---|
| Opening expert reports on issues for which the party bears the burden of proof | 60 days from close of fact discovery |
| Rebuttal expert report (Plaintiff's rebuttal expert reports shall include any disclosure regarding secondary considerations) | 45 days from opening expert reports |
| Reply expert reports (including, but not limited to Defendants' response regarding secondary considerations) | 30 days from rebuttal expert reports |
| Close of expert discovery | 45 days from rebuttal expert reports |
| Deadline for Filing Dispositive Motions | To be determined |
| Deadline for Filing Pretrial Order | To be determined |
| Pretrial Conference | To be determined |
| Bench Trial | To be determined |
| 30-Month Stay Ends | April 1, 2024 |

SO ORDERED: s/Cathy L. Waldor 1/18/22