

|  |  |
|---|---|
| **Cynthia S. Betz**<br>Associate<br>T. 973-848-5377<br>F. 973-297-6636<br>cbetz@mccarter.com | McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br>www.mccarter.com |

June 30, 2022

<u>VIA ECF</u>

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *Pacira Pharmaceuticals, Inc. v. eVenus Pharmaceuticals Labs, Inc.*,
       **Civil Action No. 2:21-cv-19829-MCA-JRA (consolidated with 2:22-cv-718)**

Dear Judge Almonte:

  We, along with Perkins Coie LLP and O'Toole Scrivo, LLC, represent Plaintiffs in this matter. On behalf of all parties, we submit this letter in advance of the status teleconference scheduled for July 8, 2022, at 11:00 a.m. (ECF No. 72).

  This case is in fact discovery. Pursuant to the Court's May 9, 2022 Scheduling Order (ECF No. 86), Plaintiffs identified asserted claims on April 15, 2022, and Defendants served Invalidity Contentions on May 10, 2022. Both sides have served and responded to written discovery. Plaintiffs are scheduled to serve Infringement Contentions and Responses to Invalidity Contentions on August 2, 2022. Substantial completion of document discovery is not until February 24, 2023, and fact discovery does not close until March 17, 2023. The ordered schedule calls for another status conference on August 8, 2022.

  There are no disputes ripe for the Court's consideration at this time.

  The parties look forward to discussing the above and any issues that Your Honor wishes to address during the telephone status conference. Alternatively, given the above status report, the parties would be amenable to canceling the July 8 conference and providing a further status update in advance of the August 8 conference.

  We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Cynthia S. Betz*

Cynthia S. Betz
CC: All counsel of record (via ECF)