

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6395

February 22, 2023

**VIA ECF**

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

       RE:    <u>*Pacira Pharmaceuticals, Inc. et al. v. eVenus Pharmaceuticals Labs. Inc., et al.*</u>
              <u>*No. 2:21-cv-19829-MCA-JRA*</u>

Dear Judge Almonte:

    We represent Defendants in the above-referenced matter.

    Defendants seek leave pursuant to Local Patent Rule 3.7 to amend their invalidity contentions based on information which has come to light during discovery, which they believe satisfy the Rule's requirements of both timeliness and good cause pursuant to L. Pat. R. 3.7 (c).  Plaintiffs do not object.  The parties have agreed upon a schedule for Defendants to serve their amended invalidity contentions and for Plaintiffs to amend their responsive validity contentions in response to Defendants' amended invalidity contentions.

    Thus, Defendants respectfully request that the schedule be amended to reflect that Defendants may serve their Amended Invalidity Contentions by February 22, 2023.  The parties further request that Plaintiffs may serve their Responses to Defendants' Amended Invalidity Contentions by the later of April 21, 2023 or two weeks after the Court has ordered this amendment to the schedule.

    If this proposal is acceptable to the Court we respectfully request that you enter your "So Ordered" on this letter and forward to the Clerk for filing.

    We thank the Court for its attention to these matters.

                                            Respectfully submitted,

                                           */s/ Eric I. Abraham*
                                           ERIC I. ABRAHAM

Cc:    Counsel of Record (via ECF)

HILL WALLACK LLP
ATTORNEYS AT LAW

Page 2

**SO ORDERED** on this _____ day of _____, 2023.

                                                                                                                                                                                                                                                                                                                                     _____
                                                        Hon. José R. Almonte, U.S.M.J.