Michael T. Zoppo
(zoppo@fr.com)
**Fish & Richardson P.C.**
7 Times Square, 20th Floor
New York, NY 10036.
(212) 765-5070 (telephone)
(212) 258-2291 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., and PACIRA BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> eVenus PHARMACEUTICALS LABORATORIES, INC., JIANGSU HENGRUI PHARMACEUTICALS CO., LTD., and FRESENIUS KABI USA, LLC, <br><br> Defendants. | No. 2:21-cv-19829-MCA-JRA <br><br> NOTICE OF APPEARANCE OF MICHAEL T. ZOPPO |

The undersigned hereby enters an appearance in the above matter on behalf of Plaintiffs, PACRIA PHARMACEUTICALS, INC. and PACIRA BIOCIENCES, INC.

**FISH & RICHARDSON P.C.**

Dated: April 10, 2023     By: */s/ Michael T. Zoppo*
                              Michael T. Zoppo
                              zoppo@fr.com
                              7 Times Square, 20th Floor
                              New York, NY 10038
                              (212) 765-5070 (telephone)
                              (212) 258-2291 (facsimile)

## **CERTIFICATE OF SERVICE**

It is hereby certify that a true and correct copy of the above document Notice of Appearance of Michael T. Zoppo was filed with the Clerk of the Court through the Court's ECF system on April 10, 2023

Date: April 10, 2023                    By: */s/ Michael T. Zoppo*
                                                                                     Michael T. Zoppo