

**Cynthia S. Betz**
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

May 1, 2023

<u>**VIA ECF**</u>

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Pacira Pharmaceuticals, Inc. v. eVenus Pharmaceuticals Labs, Inc.*,
             **Civil Action No. 2:21-cv-19829-MCA-JRA (consolidated with 2:22-cv-718)**

Dear Judge Almonte:

    We, along with Perkins Coie LLP and O'Toole Scrivo, LLC, represent Plaintiffs in this matter. On behalf of all parties, we submit this letter in advance of the status teleconference scheduled for May 8, 2023, at 2 pm EDT.

    The Court held a *Markman* hearing on March 9, 2023, and a decision is pending. Pursuant to the Court's April 5, 2023, Scheduling Order (ECF No. 158), the deadline for substantial completion of document production is May 26, 2023, and fact discovery closes on June 16, 2023.

    The parties have been meeting and conferring on discovery issues, but have not yet reached agreement. If the parties are unable to do so by Wednesday, May 3, the parties intend to submit a joint letter to the Court. The parties look forward to discussing the above and any issues that Your Honor wishes to address during the telephone status conference.

    We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Cynthia S. Betz*

Cynthia S. Betz
CC: All counsel of record (via ECF)