UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PACIRA PHARMACEUTICALS, INC.,** and **PACIRA BIOSCIENCES, INC.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>eVenus PHARMACEUTICALS LABORATORIES, INC., JIANGSU HENGRUI PHARMACEUTICALS CO., LTD., and FRESENIUS KABI USA, LLC,<br><br>*Defendants.* | Civil Action No. 22-00718<br>Civil Action No. 21-19829<br>(Consolidated)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of a joint application for claim construction pursuant to Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996), presented by Plaintiffs Pacira Pharmaceuticals, Inc. and Pacira Biosciences, Inc. and Defendants eVenus Pharmaceuticals Laboratories, Inc., Jiangsu Hengrui Pharmaceuticals Co., Ltd., and Fresenius Kabi USA, LLC;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 6th day of June, 2023;

**ORDERED** that the disputed claim terms are construed as determined in the accompanying Opinion.

*/s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
UNITED STATES DISTRICT JUDGE