

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL:  (609) 734-6395

July 11, 2023

**VIA ECF**

Honorable José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>       **RE:**    ***Pacira Pharmaceuticals, Inc. et al. v. eVenus Pharmaceuticals Labs. Inc., et al.***
>              ***No. 2:21-cv-19829-MCA-JRA***

Dear Judge Almonte:

        We, together with Goodwin Procter LLP, represent Defendants in the above-referenced matter. We write on behalf of Plaintiffs and Defendants (collectively, "the Parties") to respectfully request that the Court amend the Scheduling Order (Doc. 86), as proposed below.

        Due to witness and attorney availability, the Parties have agreed on certain dates for fact depositions falling outside the scheduled close of fact discovery on June 16, 2023.  Certain fact depositions have been scheduled for completion by July 22, 2023.[1]  The Parties also have a few outstanding disputes as to other fact witnesses and related discovery, and hope to resolve those issues without Court intervention.  No other fact discovery will be permitted during this period without the consent of the Parties or leave of the Court.  For clarity, the Parties are not permitted to serve any additional deposition notices or written discovery requests.

        The Parties have agreed on the extension of expert discovery and pre-trial deadlines, as set forth below.

| Event | Current Date | Proposed Amended Date |
|---|---|---|
| Completion of identified fact discovery (set forth above) | June 16, 2023 | July 22, 2023 |
| Opening expert reports on issues for which the party bears the burden of proof | July 14, 2023 | August 10, 2023 |

---

[1] Specifically, the following depositions are currently scheduled for completion by July 22, 2023: Anthony Molloy (Pacira); Alessandra Lobbia (Pacira); Paige Davis (Pacira); Jane Dai (Knobbe outside patent prosecution counsel for Pacira).

| Event | Current Date | Proposed Amended Date |
|---|---|---|
| Rebuttal expert reports (Plaintiffs' rebuttal expert reports shall include any disclosure regarding secondary considerations) | August 25, 2023 | September 14, 2023 |
| Reply expert reports (including, but not limited to, Defendants' response regarding secondary considerations) | September 29, 2023 | October 19, 2023 |
| Close of expert discovery | October 27, 2023 | November 14, 2023 |
| Deadline for Filing Pretrial Order | November 10, 2023 | January 9, 2024 (or as otherwise set by the Court) |
| Final Pretrial Conference | November 17, 2023 | January 16, 2024 (or as otherwise set by the Court) |
| Bench Trial | February 6, 2024 | No change |
| 30-Month Stay Ends | July 1, 2024 (20 mL strength and 10 mL strength) | No change |

If the requested amended schedule herein meets with the Court's approval, we respectfully request that Your Honor execute the "So Ordered" provision below and have this letter entered on the docket. Should the Court find it helpful, the Parties can be available for a telephone conference at the Court's earliest convenience.

*     *     *

The parties thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ William Murtha*
WILLIAM P. MURTHA

Cc:     Counsel of Record (via ECF)

The proposed schedule modifications herein are
**SO ORDERED** on 12th of July, 2023.

Hon. José R. Almonte, U.S.M.J.

ACTIVE/123939542.2