

|  | Cynthia S. Betz<br>Partner<br>T. 973-848-5377<br>F. 973-297-6636<br>cbetz@mccarter.com | McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br>www.mccarter.com |

September 13, 2023

<u>VIA ECF</u>

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Pacira Pharmaceuticals, Inc. v. eVenus Pharmaceuticals Labs, Inc.*,
             **Civil Action No. 2:21-cv-19829-MCA-JRA (consolidated with 2:22-cv-718)**

Dear Judge Almonte:

We, along with Perkins Coie LLP and O'Toole Scrivo, LLC, represent Plaintiffs in this matter. We write on behalf of Plaintiffs and Defendants (collectively, "the Parties") to respectfully request that the Court amend the Scheduling Order (ECF No. 207), as proposed below.

The Parties have agreed on the extension of expert discovery deadlines, as set forth below.

| Event | Current Date | Proposed Amended Date |
|---|---|---|
| Rebuttal expert reports (Plaintiffs' rebuttal expert reports shall include any disclosure regarding secondary considerations) | September 14, 2023 | September 21, 2023 |
| Reply expert reports (including, but not limited to, Defendants' response regarding secondary considerations) | October 19, 2023 | November 2, 2023 |
| Close of expert discovery | November 14, 2023 | December 1, 2023 |
| Deadline for Filing Pretrial Order | January 9, 2024 (or as otherwise set by the Court) | No change |

September 13, 2023
Page 2

| | | |
|---|---|---|
| Final Pretrial Conference | January 16, 2024 (or as otherwise set by the Court) | No change |
| Bench Trial | February 6, 2024 | No change |
| 30-Month Stay Ends | July 1, 2024 (20 mL strength and 10 mL strength) | No change |

If the requested amended schedule herein meets with the Court's approval, we respectfully request that Your Honor execute the "So Ordered" provision below and have this letter entered on the docket. Should the Court find it helpful, the Parties can be available for a telephone conference at the Court's earliest convenience.

\*   \*   \*

The Parties thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ Cynthia S. Betz*

Cynthia S. Betz

CC: All counsel of record (via ECF)

The proposed schedule modifications herein are
**SO ORDERED** on the __ of September, 2023.

_____
Hon. Jose R. Almonte, U.S.M.J.