

Cynthia S. Betz
Partner
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

April 25, 2024

**VIA ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Pacira Pharmaceuticals, Inc., et al. v. eVenus Pharmaceuticals Labs. Inc., et al.*
No. 2:21-cv-19829-MCA-JRA (consolidated with 2:22-cv-718)

Dear Judge Arleo:

We, along with Fish & Richardson P.C., Perkins Coie LLP, and O'Toole Scrivo, LLC, represent Plaintiffs Pacira Pharmaceuticals, Inc. and Pacira Biosciences, Inc. in this matter. We write in advance of the upcoming May 2, 2024 closing arguments to advise that Plaintiffs would like to utilize two different attorneys to present separate parts Plaintiffs' closing argument.

Should the Court be amenable to this proposed division of labor, we ask that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

We thank the Court for its consideration and remain available to answer any questions it may have.

Respectfully submitted,

/s/ *Cynthia S. Betz*
Cynthia S. Betz

cc: Counsel of Record (via ECF)

**SO ORDERED.**

4/26/24

Hon. Madeline Cox Arleo, U.S.D.J.

ME1 48290070v.1