

**Cynthia S. Betz**
Partner
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

April 29, 2024

<u>VIA ECF</u>

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Pacira Pharmaceuticals, Inc. v. eVenus Pharmaceuticals Labs, Inc.*,
      Civil Action No. 2:21-cv-19829-MCA-JRA

Dear Judge Almonte:

   We, along with Perkins Coie LLP, Fish & Richardson P.C., and O'Toole Scrivo, LLC, represent Plaintiffs in the above-referenced action. We write on behalf of Plaintiffs and Defendants in connection with the parties' temporarily sealed post-trial submissions.

   Beginning on March 12, 2024, the parties began filing their post-trial submissions. (ECF Nos. 365, 366, 368, 369, 370, and 371). All of those submissions were made under temporary seal, and the deadline to file a unified Motion to Seal pursuant to Local Civil Rules 5.3(c)(2) is April 30, 2024.

   Closing arguments are scheduled for May 2, 2024 before Judge Arleo. The parties anticipate that much of the same material contained in the temporarily sealed post-trial submissions will be discussed during those arguments. The associated transcript from the closing arguments will likely also need to be redacted. Thus for efficiency purposes, the parties respectfully request that the deadline to file a Motion to Seal relevant to post-trial submissions be adjourned until ten (10) days after the receipt of the transcript from the May 2, 2024 closing arguments so that the parties may file one consolidated motion.

   If this request is acceptable to the Court, we respectfully request Your Honor endorse this letter as "So Ordered." We appreciate Your Honor's attention to this matter.

ME1 48318845v.1
ME1 48325708v.1

Respectfully submitted,

*/s/ Cynthia S. Betz*
Cynthia S. Betz

CC: All counsel of record (via ECF)

**SO ORDERED.**

_____
Hon. José R. Almonte, U.S.M.J.