



## DEFENDANTS' CLOSING STATEMENT

### May 7, 2024

Case Nos. 2:21-cv-19829 & 2:22-cv-00718 (consolidated)

DISTRICT OF NEW JERSEY

**Hon. Madeline Cox Arleo**

DDX-5.1

# '495 Patent, Claims 1, 3, 5, and 7



DTX-2001.1

What is claimed is:

**1.** A composition of bupivacaine encapsulated multivesicular liposomes (MVLs) prepared by a commercial scale process, the commercial scale process comprising:

(a) mixing a first aqueous solution comprising phosphoric acid with a volatile water-immiscible solvent solution to form a water-in-oil first emulsion, wherein the volatile water-immiscible solvent solution comprises bupivacaine, 1, 2-dierucoylphosphatidylcholine (DEPC), 1, 2-dipalmitoyl-sn-glycero-3  phospho-rac-(1-glycerol) (DPPG), and at least one neutral lipid;

(b) mixing the water-in-oil first emulsion with a second aqueous solution to form a water-in-oil-in-water second emulsion, wherein the second aqueous solution comprises lysine and dextrose;

(c) removing the volatile water-immiscible solvent from the water-in-oil-in-water second emulsion to form a first aqueous suspension of bupivacaine encapsulated MVLs having a first volume;

(d) reducing the first volume of the first aqueous suspension of bupivacaine encapsulated MVLs by microfiltration to provide a second aqueous suspension of bupivacaine encapsulated MVLs having a second volume;

(e) exchanging the aqueous supernatant of the second aqueous suspension with a saline solution by diafiltration to provide a third aqueous suspension of bupivacaine encapsulated MVLs having a third volume; and

(f) further reducing the third volume of the third aqueous suspension by microfiltration to provide a final aqueous suspension of bupivacaine encapsulated MVLs having a target concentration from about 12.6 mg/mL to about 17.0 mg/mL;

wherein all steps are carried out under aseptic conditions; and

wherein the erucic acid concentration in the composition is about 23 µg/mL or less after the composition is stored at 25° C. for one month.

**3.** The composition of claim 1, wherein the erucic acid concentration in the composition is about 38 µg/mL or less after the composition is stored at 25° C. for two months.

**5.** The composition of claim 1, wherein the erucic acid concentration in the composition is about 54 µg/mL or less after the composition is stored at 25° C. for three month.

**7.** The composition of claim 1, wherein the erucic acid concentration in the composition is about 99 µg/mL or less after the composition is stored at 25° C. for six months.

JTX-4121.20-21, claims 1, 3, 5, 7

# '495 Patent, Claim 1

What is claimed is:

**1**. A composition of bupivacaine encapsulated multivesicular liposomes (MVLs) prepared by a commercial scale process, the commercial scale process comprising:

(a) mixing a first aqueous solution comprising phosphoric acid with a volatile water-immiscible solvent solution to form a water-in-oil first emulsion, wherein the volatile water-immiscible solvent solution comprises bupivacaine, 1, 2-dierucoylphosphatidylcholine (DEPC), 1, 2-dipalmitoyl-sn-glycero-3 phospho-rac-(1-glycerol) (DPPG), and at least one neutral lipid;

(b) mixing the water-in-oil first emulsion with a second aqueous solution to form a water-in-oil-in-water second emulsion, wherein the second aqueous solution comprises lysine and dextrose;

(c) removing the volatile water-immiscible solvent from the water-in-oil-in-water second emulsion to form a first aqueous suspension of bupivacaine encapsulated MVLs having a first volume;

(d) reducing the first volume of the first aqueous suspension of bupivacaine encapsulated MVLs by microfiltration to provide a second aqueous suspension of bupivacaine encapsulated MVLs having a second volume;

(e) exchanging the aqueous supernatant of the second aqueous suspension with a saline solution by diafiltration to provide a third aqueous suspension of bupivacaine encapsulated MVLs having a third volume; and

(f) further reducing the third volume of the third aqueous suspension by microfiltration to provide a final aqueous suspension of bupivacaine encapsulated MVLs having a target concentration from about 12.6 mg/mL to about 17.0 mg/mL;

wherein all steps are carried out under aseptic conditions; and

wherein the erucic acid concentration in the composition is about 23 µg/mL or less after the composition is stored at 25° C. for one month.

JTX-4121.20-21, claim 1

DDX-5.3

# '495 Patent, Claim 1

What is claimed is:

**1.** A composition of bupivacaine encapsulated multivesicular liposomes (MVLs) prepared by a commercial scale process, the commercial scale process comprising:

(d) reducing the first volume of the first aqueous suspension of bupivacaine encapsulated MVLs by microfiltration to provide a second aqueous suspension of

wherein the erucic acid concentration in the composition is about 23 µg/mL or less after the composition is stored at 25° C. for one month.



United States
Hall et al.

MANUFACTURING OF
MULTIVESICULAR LIP

the water in oil in water second emulsion to form a first aqueous suspension of bupivacaine encapsulated MVLs having a first volume;

and

wherein the erucic acid concentration in the composition is about 23 µg/mL or less after the composition is stored at 25° C. for one month.

JTX-4121.20-21, claim 1

DDX-5.4

# '495 Patent, Claims 3 and 5

**3.** The composition of claim 1, wherein the erucic acid concentration in the composition is ==about 38 µg/mL or less after the composition is stored at 25° C. for two months==.

**5.** The composition of claim 1, wherein the erucic acid concentration in the composition is ==about 54 µg/mL or less after the composition is stored at 25° C. for three month==.

JTX-4121.21, claims 3, 5

DDX-5.5

# '495 Patent, Claim 7



**7.** The composition of claim 1, wherein the erucic acid concentration in the composition is ==**about 99 µg/mL or less after the composition is stored at 25° C. for six months**==.

JTX-4121.21, claim 7

# Erucic Acid Stability Data in the '495 Patent



JTX-4121.19, Table 1A at 20:47-67

DDX-5.7

# Erucic Acid Stability Data in the '495 Patent

| Months Storage at 25°C | "New" Process Average in Patent | "Old" Process Average in Patent |
| --- | --- | --- |
| 1 month | 22.7 µg/mL | n/a |
| 2 months | 37.3 µg/mL | 38.7 µg/mL |
| 3 months | 53.0 µg/mL | 55.4 µg/mL |
| 6 months | 98.7 µg/mL | 113.1 µg/mL |

*See* JTX-4121.19, Table 1A at 20:47-67

DDX-5.8

# Claims to the Erucic Acid Concentration

| Months Storage at 25 °C | "New" Process Average in Patent | Claimed Erucic Acid Concentration | "Old" Process Average in Patent |
|---|---|---|---|
| 1 month | 22.7 µg/mL | ≤ ~23 µg/mL (Claim 1) | n/a |
| 2 months | 37.3 µg/mL | ≤ ~38 µg/mL (Claim 3) | 38.7 µg/mL |
| 3 months | 53.0 µg/mL | ≤ ~54 µg/mL (Claim 5) | 55.4 µg/mL |
| 6 months | 98.7 µg/mL | ≤ ~99 µg/mL (Claim 7) | 113.1 µg/mL |

*See* JTX-4121.19, Table 1A at 20:47-67;
*see also id.* at -.20-21, claims 1, 3, 5, 7

DDX-5.9

# Pacira's 45-L Data



**'495 Patent**
**(**JTX-4121)

DDX-5.10

# The '495 Patent – Stability



by the existing commercial process. The improved lipid stability (as indicated by the erucic acid concentration) observed in the bupivacaine MVLs prepared by the presently described process was surprisingly unexpected.

JTX-4121.21 at 51-55

cial Exparel® product. It was observed that the bupivacaine MVL particles produced by the process described herein have lower lipid hydrolysis byproducts compared to the commercial Exparel® product under the same incubation condition. In addition, the bupivacaine MVL particles pro-

JTX-4121.16 at 13:51-55

DDX-5.11

# EXPAREL Timeline



**2011**
First 45-L skid
completed

**2012**
45-L EXPAREL
launches

**2013**
200-L project begins

**2017**
Swindon 45-L lots
manufactured

**2020**
200-L sNDA
submitted

**2021**
FDA
approves
200-L

2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021

DDX-5.12

# Mr. Molloy: In 2020, Pacira Was About to Lose Patent Protection for EXPAREL



**Anthony Molloy**

Q.  [A]t the end of 2020, there was only one patent listed in the Orange Book for Exparel, correct?

A.  **That's correct.**

*** 

Q.  And the patent was set to expire December 24th, 2021, right?

A.  **That's true.**

*** 

Q.  If Pacira did not get any additional patents that covered Exparel before December 24th, 2021, Pacira would have no patents left in the Orange Book covering that product, correct?

A.  **Yes.**

Tr. 339:6-8, 14-16, 20-23 (Molloy)

DDX-5.13

# In 2020, EXPAREL Was "Pacira's Most Important Product"



DTX-3116.10

| Q. | Now, Exparel was an important product for Pacira at the end of 2020, correct? |
|---|---|
| A. | **Agree, yes.** |
| Q. | It was Pacira's most important product; is that fair? |
| A. | **Yes.** |

\* \* \*

| Q. | And in 2020, Pacira reported $422.1 million in total net product sales, correct? |
|---|---|
| A. | **Yes.** |
| Q. | And the purple represents the sales that came from Exparel? |
| A. | **That's correct.** |
| Q. | And it was $413.3 million, right? |
| A. | **That's true.** |
| Q. | And will you trust my math if I say that's in excess of 95 percent? |
| A. | **I will.** |
| Q. | In fact today even, Pacira gets the vast majority of its revenue from Exparel, correct? |
| A. | **Yes.** |
| Q. | Almost 85 percent, right? |
| A. | **I'll trust your math again.** |

Tr. 340:5-9, 341:5-20 (Molloy)

DDX-5.14

# Mr. Molloy: Pacira Knew It Needed a "New" Product Patent



**Anthony Molloy**



Q.   And so for Pacira to be able to list this patent in the Orange Book, you had to identify some difference between the product made by the new process and the product made by the old process, right?

**A.   Yes.**

Q.   If the products were the same, the patent doesn't go in the Orange Book, right?

**A.   If the products were the same, you wouldn't get the patent.**

Q.   Well, you'd get a patent on the manufacturing process, right?

**A.   Oh, I'm – I'm sorry.  You're correct.  I'm sorry.**

Q.   The only way you can get a patent on a manufacturing process that you can list in the Orange Book is if the product that comes from that process is different than the prior product, right?

**A.   That's right.**

Tr. 358:23-359:14 (Molloy)

DDX-5.15

# Ms. Los: No Role in Scale-Up



**Kathleen Los**

Q. Ms. Los, are you aware that there was recently a 200-liter scale-up of the EXPAREL manufacturing process?

**A. Yes, I'm aware of that.**

Q. Generally speaking, what was your role, if any, in that scale-up?

**A. My personal role in that scale-up?  I have no role in that scale-up.**

JTX-4289.8 (Los Tr. 51:7-9, 51:11, 51:12-15)

DDX-5.16

# Ms. Los: 50-60% of Time Spent on Patent Work



**Kathleen Los**

Q.   Ms. Los, over the past two years, what percentage of your time would you say that you've spent on developing patent strategies and writing patent documents?

A.   **I would say more like 50 to 60 percent.**

JTX-4289.6 (Los Tr. 47:3-6, 47:8)

DDX-5.17

# Ms. Los: Reports to Pacira's Legal Team



**Kathleen Los**

Q.   Who do you report to as the director of formulation development?

**A.   Most recently, I report directly to Elena McDermott.**

Q.   Who is Elena McDermott?

**A.   She is a member of the legal team, Pacira's internal legal team.**

JTX-4289.4 (Los Tr. 35:14-20)

DDX-5.18

# Ms. Los: Aware that EXPAREL Was Pacira's Largest Product



**Kathleen Los**



Q.  So, Ms. Los, is it your testimony here today that you have no idea whether or not EXPAREL is the largest product that Pacira sells in terms of sales?

A.  **Well, I have – I – I believe it probably is but I can't verify that because I don't know for sure.**

JTX-4289.7 (Los Tr. 49:10-16)

DDX-5.19

# Ms. Los: Aware of Pacira's Orange Book Patent



**Kathleen Los**

> Q.   As of 2020, Ms. Los, were you aware of whether Pacira had Orange Book patents listed for EXPAREL?
>
> **A.   Yes, I was aware of that.**
>
> Q.   Did Pacira have Orange Book patents listed for EXPAREL as of 2020?
>
> **A.   Yes.**

JTX-4289.11-12 (Los Tr. 65:15-21)

DDX-5.20

# Ms. Los: Knew Pacira's Orange Book Patent Would Soon Expire



**Kathleen Los**



Q. As of 2020, were you aware of when those patents were going to expire?

**A. Yes, I was aware.**

Q. When were they going to expire?

**A. Sorry. My years start to get – I believe it was at the end of 2021.**

JTX-4289.12 (Los Tr. 65:22-23, 65:25-66:3)

DDX-5.21

# Ms. Los: Better for Pacira to Have Orange Book Patents



**Kathleen Los**

Q.   And I think as we previously mentioned, Ms. Los, having zero Orange Book patents with all things being equal have been bad for Pacira?

A.   **Well, it's my understanding that it would be more favorable for Pacira to have that patent.**

JTX-4289.12 (Los Tr. 66:4-6, 66:16-18)

DDX-5.22

# Dr. Dai: Prosecuting Pacira's Patents Since 2012



**Dr. Jane Dai**

Q.     Fair to say that you have prosecuted somewhere between 200 and 500 patents over the course of your career?

**A.     Yeah, that's probably correct.**

*** 

Q.     Dr. Dai, one of your clients at Knobbe is Pacira Pharmaceuticals; correct?

**A.     That's correct.**

Q.     When did you start working with Pacira?

**A.     Maybe 2012, if I remember correctly.**

Q.     Fair to say that you have prosecuted somewhere between 30 and 50 patent applications for Pacira?

**A.     That's – that's probably true.**

JTX-4288.2-3 (Dai Tr. 27:16-19, 35:19-23, 36:20-22, 36:25)

DDX-5.23

# Dr. Dai: Drafted and Reviewed the '495 Patent



**Dr. Jane Dai**

Q.   What was your role in drafting the '495 patent?

**A.   I supervised the associate who draft the application.**

**\*\*\***

Q.   When you say you reviewed the work product, does that mean that you reviewed the application for the '495 patent before it was filed?

**A.   Yes.**

JTX-4288.4 (Dai Tr. 58:16-17, 59:1-2, 59:10-13)

DDX-5.24

# Multivesicular Liposomes



# Liposome Degradation



LIPID
BILAYER

DEPC

LEPC

ERUCIC
ACID

# Erucic Acid Values Up to 310 µg/mL Maintain Product Performance

JTX-4264.5

## 6.9. Erucic Acid

Erucic acid is selected as a marker for monitoring degradation of DEPC and other lipids in SKY0402. The specification of erucic acid is NMT 310 µg/mL (or 10.0% nominal DEPC content assuming hydrolysis of one acyl chain) and NMT 155 µg/mL (or 5.0% nominal DEPC) at time of release. DEPC is the major phospholipid excipient in the formulation, and is prone to hydrolysis to erucic acid and lyso-DEPC. Lyso-DEPC may further undergo hydrolysis to form erucic acid and glycero-3-phosphocholine. Therefore, monitoring of erucic acid represents a better and more robust indicator of DEPC degradation.

In stability studies (Section 3.2.P.8.3.3.2), erucic acid has been observed at levels up to approximately 310 µg/mL at the 24-month time point (10% degradation expressed as percent of nominal DEPC equivalent) in some earlier batches of SKY0402 (05-2502, 05-2503, 06-2502 and 06-2503). This level of erucic acid was observed to have no affect on the in vitro release of SKY0402. Studies performed with aged liposome dispersions containing lysolipids as products of hydrolytic decomposition of constituent phospholipids indicate that up to 15 % degradation of phospholipid to its respective fatty acid moiety and lysophospholipid does not significantly alter the bilayer permeability[1]. In addition, the PK of the SKY0402 lot 06-2503 with approximately 310 µg/mL of erucic acid was evaluated in a Phase 1 clinical study along with low erucic acid content lots (44 – 55 µg/mL) (See Section 2.7.4.1.1.1, SKY0402-C-108). All lots showed comparable pharmacokinetic profiles, demonstrating that product with erucic acid values up to 310 µg/mL will maintain product performance.

Based on this, a specification of NMT 310 µg/mL erucic acid in SKY0402 is justified. The initial release specification limit of NMT 155 µg/mL erucic acid (5% nominal DEPC degradation) is also proposed.

DDX-5.27

# Over 2,500 45-L Batches Manufactured and Sold Before Priority Date

**Commercial 45 L Exparel Batches Before 1/22/21**

| # | Batch | Earliest Order Date |
|---|-------|---------------------|
| 1 | 12-2005 | 04/06/2012 |
| 2 | 12-2007 | 05/01/2012 |
| 3 | 12-2008 | 05/17/2012 |
| 4 | 12-2011 | 05/29/2012 |
| 5 | 12-2012 | 06/14/2012 |
| 6 | 12-2013 | 06/23/2012 |
| 7 | 12-2015 | 07/09/2012 |
| 8 | 12-2016 | 07/19/2012 |
| 9 | 12-2020 | 07/20/2012 |
| 10 | 12-2021 | 08/08/2012 |
| 11 | 12-2023 | 08/17/2012 |
| 12 | 12-2024 | 08/27/2012 |
| 13 | 12-2026 | 09/06/2012 |
| 14 | 12-2027 | 09/14/2012 |
| 15 | 12-2029 | 09/24/2012 |
| 16 | 12-2033 | 10/01/2012 |
| 17 | 12-2034 | 10/10/2012 |
| 18 | 12-2035 | 10/17/2012 |
| 19 | 12-2036 | 10/17/2012 |
| 20 | 12-2037 | 10/25/2012 |
| 21 | 12-2041 | 01/16/2013 |
| 22 | 12-2042 | 01/03/2013 |
| 23 | 12-2043 | 11/08/2012 |
| 24 | 12-2044 | 11/15/2012 |
| 25 | 12-2045 | 11/20/2012 |
| 26 | 12-2046 | 11/29/2012 |
| 27 | 12-2047 | 12/03/2012 |
| 28 | 12-2048 | 12/06/2012 |
| 29 | 12-2049 | 12/12/2012 |
| 30 | 12-2050 | 12/11/2012 |
| 31 | 12-2051 | 12/18/2012 |
| 32 | 12-2052 | 12/20/2012 |
| 33 | 12-2053 | 12/27/2012 |
| 34 | 12-2054 | 01/04/2013 |
| 35 | 12-2055 | 01/10/2013 |
| 36 | 12-2057 | 01/14/2013 |
| 37 | 12-2058 | 01/30/2013 |
| 38 | 12-2059 | 01/24/2013 |
| 39 | 12-2060 | 01/31/2013 |
| 40 | 12-2061 | 02/07/2013 |

HIGHLY CONFIDENTIAL

1

2:21-cv-19829
Defendants' Exhibit
DTX-3109

DTX-3109.1

DTX-3109.1

Q.     Dr. Schwendeman, how many batches of prior art Exparel product did Pacira sell before the '495 patent's priority date?

**A.     I believe it was about 25 – 2500, close to 2600 batches.**

Q.     Did we review some sales data together to figure that out?

**A.     We did.**

Tr. 444:12-16 (Schwendeman)

DDX-5.28

# Pacira's 45-L Accelerated (25 °C) Stability Data

Erucic Acid Concentration & pH in Accelerated Sta... of 45 L Expired before 1/22/21

HIGHLY CONFIDENTIAL

DTX-3110.1

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) | | | | | pH (external) | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | 6 mo. | | |
| 1 | 037188 | 45L | Skid 300 at Patheon | 4/13/2017 | 25 | ND | 23 | 35 | 46 | 90 | 6.7 | N | JTX-4049.0037 |
| 2 | 037189 | 45L | Skid 300 at Patheon | 4/19/2017 | 25 | ND | 25 | 35 | 46 | 89 | 6.8 | N | JTX-4049.0038 |
| 3 | 037190 | 45L | Skid 300 at Patheon | 4/21/2017 | 25 | ND | LT20 | 33 | 45 | 83 | 6.8 | N | JTX-4049.0039 |
| 4 | 037191 | 45L | Skid 400 at Patheon | 5/9/2017 | 25 | ND | ND | 35 | 44 | 80 | 6.9 | N | JTX-4049.0040 |
| 5 | 037192 | 45L | Skid 400 at Patheon | 5/11/2017 | 25 | ND | ND | 35 | 43 | 80 | 6.9 | N | JTX-4049.0041 |
| 6 | 037193 | 45L | Skid 400 at Patheon | 5/15/2017 | 25 | ND | ND | 35 | 42 | 78 | 6.9 | N | JTX-4049.0042 |
| 7 | 047903 | 45L | Skid 300 and 400 at Patheon | 5/17/2017 | 25 | ND | 25 | 34 | 43 | 79 | 6.8 | N | JTX-4049.0043, DTX-2512.20 |
| 8 | 126837 | 45L | Skid 300 at Patheon | 12/14/2016 | 25 | ND | LT20 | 35 | 41 | 102 | 6.6 | N | JTX-4049.0019, DTX-2519.1 |
| 9 | 13-2204 | 45L | Suite C (Skid 200) | 7/11/2013 | 25 | ND | ND | 22 | 36 | 93 | 6.7 | N | JTX-4049.0020, DTX-2512.17 |
| 10 | 13-2205 | 45L | Suite C (Skid 200) | 7/13/2013 | 25 | ND | LT20 | 23 | 35 | 91 | 6.7 | N | JTX-4049.0021, DTX-2512.17 |
| 11 | 13-2206 | 45L | Suite C (Skid 200) | 7/15/2013 | 25 | ND | LT20 | 24 | 37 | 92 | 6.7 | N | JTX-4049.0022, DTX-2512.17 |
| 12 | 14-2107 | 45L | Suite A | 4/26/2014 | 25 | 21 | 38 | 57 | 79 | 146 | 6.3 | N | JTX-4051.0015 |
| 13 | 14-4001 | 45L | Suite C (Skid 100) | 3/25/2014 | 25 | ND | 20 | 41 | 58 | 127 | 6 | N | JTX-4049.0023, DTX-2512.17 |
| 14 | 14-4004 | 45L | Suite C (Skid 100) | 3/31/2014 | 25 | ND | | 42 | 57 | 125 | 6.1 | N | JTX-4049.0024, DTX-2512.17 |
| 15 | 14-4005 | 45L | Suite C (Skid 100) | 4/2/2014 | 25 | LT20 | 22 | 40 | 56 | 122 | 6.3 | N | JTX-4049.0019, DTX-2512.17 |
| 16 | 14-4012 | 45L | Suite C (Skid 100) | 10/29/2014 | 25 | ND | 27 | 36 | 61 | 123 | 6.1 | Y | JTX-4049.0025 |
| 17 | 14-4013 | 45L | Suite C (Skid 100) | 10/31/2014 | 25 | ND | LT20 | 36 | 58 | 113 | 6.1 | Y | JTX-4049.0026 |
| 18 | 14-4015 | 45L | Suite C (Skid 100) | 11/5/2014 | 25 | ND | LT20 | 36 | 58 | 114 | 6.4 | Y | JTX-4049.0027 |
| 19 | 14-P002 | 45L | Suite C | 4/8/2014 | 25 | ND | 22 | 42 | 63 | 135 | 6.3 | N | JTX-4051.0014 |
| 20 | 14-P004 | 45L | Suite C (Skid 100) | 12/1/2014 | 25 | ND | LT20 | 41 | 53 | 118 | 6.4 | N | JTX-4049.0028 |
| 21 | 15-3138 | 45L | Suite C (Skid 200) | 7/2/2015 | 25 | ND | LT20 | 35 | 54 | 116 | 6.2 | N | JTX-4049.0030 |
| 22 | 15-3139 | 45L | Suite C (Skid 200) | 7/2/2015 | 25 | ND | LT20 | 36 | 53 | 113 | 6.1 | N | JTX-4049.0031 |
| 23 | 15-4126 | 45L | Suite C (Skid 100) | 7/2/2015 | 25 | ND | LT20 | 35 | 51 | 115 | 6.5 | N | JTX-4049.0029 |
| 24 | 16-3088 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | 25 | 35 | 53 | 110 | 6.5 | Y | JTX-4049.0033 |
| 25 | 16-3089 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | LT20 | 34 | 54 | 111 | 6.5 | Y | JTX-4049.0032, JTX-4079.0002 |
| 26 | 16-3090 | 45L | Suite C (Skid 200) | 6/9/2016 | 25 | ND | LT20 | 36 | 54 | 114 | 6.5 | Y | JTX-4049.0034 |
| 27 | 16-P004 | 45L | Suite C Pooling | 6/15/2016 | 25 | ND | LT20 | 36 | 51 | 111 | 6.5 | N | JTX-4049.0035 |
| 28 | 17-3142 | 45L | Suite C (Skid 200) | 7/4/2017 | 25 | LT20 | 29 | 45 | 60 | 113 | 6.5 | N | JTX-4049.0045 |
| 29 | 17-4135 | 45L | Suite C (Skid 100) | 7/3/2017 | 25 | LT20 | 29 | 39 | 54 | 109 | 6.5 | N | JTX-4049.0044 |
| 30 | 17-4136 | 45L | Suite C (Skid 100) | 7/4/2017 | 25 | LT20 | 34 | 48 | 64 | 123 | 6.5 | N | JTX-4049.0046 |
| 31 | 18-3010 | 45L | Suite C (Skid 200) | 2/10/2018 | 25 | LT20 | 29 | 41 | 57 | 107 | 6.5 | N | JTX-4049.0048 |
| 32 | 18-4009 | 45L | Suite C (Skid 100) | 2/9/2018 | 25 | LT20 | 30 | 41 | 58 | 109 | 6.6 | N | JTX-4049.0047 |
| 33 | 18-4010 | 45L | Suite C (Skid 100) | 2/10/2018 | 25 | LT20 | 34 | 46 | 61 | 115 | 6.5 | N | JTX-4049.0049 |

# Pacira's 45-L Accelerated (25 °C) Stability Data – Sold Batches

**Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C)
of 45 L Commercial Exparel before 1/22/21**

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) | | | | | pH (external) | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | 6 mo. | | |
| 1 | 14-4012 | 45L | Suite C (Skid 100) | 10/29/2014 | 25 | ND | 27 | 36 | 61 | 123 | 6.1 | Y | JTX-4049.0025 |
| 2 | 14-4013 | 45L | Suite C (Skid 100) | 10/31/2014 | 25 | ND | LT20 | 36 | 58 | 113 | 6.1 | Y | JTX-4049.0026 |
| 3 | 14-4015 | 45L | Suite C (Skid 100) | 11/5/2014 | 25 | ND | LT20 | 36 | 58 | 114 | 6.4 | Y | JTX-4049.0027 |
| 4 | 14-P004 | 45L | Suite C (Skid 200) | 12/1/2014 | 25 | ND | LT20 | 41 | 53 | 118 | 6.4 | Y | JTX-4049.0028 |
| 5 | 16-3088 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | 25 | 35 | 53 | 110 | 6.5 | Y | JTX-4049.0033 |
| 6 | 16-3089 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | LT20 | 34 | 54 | 111 | 6.5 | Y | JTX-4049.0032 JTX-4079.0002 |
| 7 | 16-3090 | 45L | Suite C (Skid 200) | 6/9/2016 | 25 | ND | LT20 | 36 | 54 | 114 | 6.5 | Y | JTX-4049.0034 |
| 8 | 18-P003 | 45L | Suite C (Skid 100 and 200) | 6/4/2020 | 25 | LT20 | 29 | 42 | 59 | 116 | 6.5 | Y | JTX-4049.0051 DTX-2512.23 |
| 9 | 18-P004 | 45L | Suite C (Skid 100 and 200) | 6/5/2020 | 25 | LT20 | 28 | 40 | 56 | 111 | 6.5 | Y | JTX-4049.0052 DTX-2512.23 |
| 10 | 18-P063 | 45L | Suite C (Skid 100) | 11/29/2020 | 25 | LT20 | 28 | 48 | 62 | 127 | 6.5 | Y | JTX-4049.0053 |

HIGHLY CONFIDENTIAL

DTX-3111.1

DTX-3111.1

DDX-5.30

# Pacira's Interrogatory Response



Moreover, Pacira notes that with respect to the lots included in the reference sample average and % RSD values in Table 1A, those lots were manufactured using the 45 L process. Those lots were chosen because the 25°C stability study data at 1 month, 2 month, 3 month, and 6 month time points for these batches had been collected for a different study called the prefilled syringe stability study, and it was convenient to use the same lots. However, while there were 10

DTX-2176.29

DDX-5.31

# Ms. Los: Data Collected for Prefilled Syringe Study Was Used for "Convenience"



**Kathleen Los**



Q.  Ms. Los, was it convenient to use the same lots for the erucic acid stability data in table 1A of the '495 patent and the prefilled syringe study?

**A.  Yes, it was because the lots that were used for the prefilled syringe study met minimum criteria for a number of data points with measurable erucic acid.  And those were the same criteria that we needed to make the comparison for table 1A.  And therein lies the convenience, that we had already gone through the exercise of looking to see which lots had enough data to make that comparison.**

JTX-4289.36 (Los Tr. 165:3-15)

DDX-5.32

# The Ardekani Data

**From:** Soroush Ardekani <Soroush.Ardekani@pacira.com>
**Sent:** Monday, December 7, 2020 7:45 AM
**To:** Tricia Glenn <Tricia.Glenn@pacira.com>
**Cc:** Kathy Los <Kathy.Los@pacira.com>; Louie Garcia <Louie.Garcia@pacira.com>; Darrin Christiansen <Darrin.Christiansen@pacira.com>
**Subject:** EXPAREL stability documentation 5 & 25C

Hi Tricia,

I'm performing an EXPAREL-syringe compatibility study at various temperatures to predict stability changes at 5C. Could you please provide the most recent annual report containing stability tables at 5 & 25C? This will help me identify specific stability indicating attributes to watch out for when starting the study. Please let me know if you have any questions.

Thanks
Soroush

Soroush Ardekani, Ph.D
Scientist II, Pre-clinical R&D
E-mail: soroush.ardekani@pacira.com
Phone: 858-529-3159


PACIRA
PHARMACEUTICALS, INC.

DTX-2465.2

DDX-5.33

# The Ardekani Data

| | |
|---|---|
| **To:** | Louie Garcia[Louie.Garcia@pacira.com]; Kathy Los[Kathy.Los@pacira.com] |
| **Cc:** | Paige Davis[Paige.Davis@pacira.com] |
| **From:** | Soroush Ardekani |
| **Sent:** | 2020-12-09T18:07:26Z |
| **Importance:** | Normal |
| **Subject:** | FW: EXPAREL stability documentation 5 & 25C |
| **Received:** | 2020-12-09T18:07:37Z |

EXPAREL recent stability data.zip

FYI, stability data

DTX-2465.1

DDX-5.34

# The Ardekani Data: Data from Swindon

DTX-2465.3

**Table 1     Batch Summary to Support EXPAREL, 13.3 mg/mL Manufactured at Patheon**

| Table | Batch No. | Skid | Date of manufacture | Batch Size | Use of Batch | Storage Condition | Study Status |
|---|---|---|---|---|---|---|---|
| 2 | 037188 | 300 | 13 Apr 2017 | 45 L | Registration, Stability | 5°C | 15 months |
| 3 | | | | | | 25°C | Completed |
| 4 | 037189 | 300 | 19 Apr 2017 | 45 L | Registration, Stability | 5°C | 15 months |
| 5 | | | | | | 25°C | Completed |
| 6 | 037190 | 300 | 21 Apr 2017 | 45 L | Registration, Stability | 5°C | 15 months |
| 7 | | | | | | 25°C | Completed |
| 8 | 037191 | 400 | 09 May 2017 | 45 L | Registration, Stability | 5°C | 15 months |
| 9 | | | | | | 25°C | Completed |
| 10 | 037192 | 400 | 11 May 2017 | 45 L | Registration, Stability | 5°C | 15 months |
| 11 | | | | | | 25°C | Completed |
| 12 | 037193 | 400 | 15 May 2017 | 45 L | Registration, Stability | 5°C | 15 months |
| 13 | | | | | | 25°C | Completed |
| 14 | 047903 | 300 & 400 | 17 May 2017[1] | 4 x 45 L | Registration, Stability | 5°C | 15 months |
| 15 | | | | | | 25°C | Completed |
| 16 | 126837 | 300 | 14 Dec 2016 | 45 L | Bioequivalence | 5°C | 18 months |
| 17 | | | | | | 25°C | Completed |

[1] Date of manufacture for pooling batch is the date of manufacture of the first bulk lot

# The Ardekani Data: Data from SCC

DTX-2465.20

3.2.P.3. Manufacture [bupivacaine, liposome injectable suspension]

**1.      MANUFACTURERS [BUPIVACAINE, LIPOSOME INJECTABLE SUSPENSION]**

EXPAREL® is manufactured by Pacira Pharmaceuticals Inc. in San Diego, CA.  Pacira's manufacturing campus is comprised of two buildings, designated as Building 1 and Building 7 (GMP warehouse).  Both buildings are located within five miles of each other, on separate and distinct sites.

The manufacture of EXPAREL and its initial product release and stability testing are conducted in accordance with current Good Manufacturing Practices (US, EU) in Pacira's Building 1.

Building 1 is a 79,000 square foot concrete tilt-up structure located on a 4.98 acre site.  It was custom-built as a pharmaceutical R&D and manufacturing facility in August of 1995.  Activities in this facility include the manufacture of the bulk EXPAREL product and its fill/finish into vials, microbiological and quality control testing, product storage, development of analytical methods, research and development, the coordination of clinical and regulatory functions, and the location of general administrative functions.  Approximately 14,000 square feet are used for manufacturing.  Bulk manufacturing areas are generally Grade C / Class 10,000, with Grade D / Class 100,000 support rooms, and are supplied with various clean utility systems, such as water for injection (WFI), clean steam, clean compressed air, and nitrogen.  EXPAREL is filled in a Grade A / Class 100 area, surrounded by a Grade B / Class 1,000 area, both of which are supplied with nitrogen and clean compressed air systems.  Specific details of the room environments are provided in Section 3.2.A.1.9, Aseptic Validation Package, Room Classifications.

Building 7 (GMP warehouse) is an approximately 20,000 square foot concrete tilt-up structure located within five miles of the B1 manufacturing facility.  The B7 facility is a GMP warehouse used to receive, sample and distribute raw materials to the bulk manufacturing facilities located at Building 1 (EXPAREL).  Building 7 is also used to store analytical retain samples of drug substance, excipients, components and drug product.  Qualification of the B7 as a GMP warehouse is described in Section 3.2.P.3.5, Process Validation and/or Evaluation (Building 7).

Both locations are covered under the same Quality Management System which is administered by Quality Assurance located in the B1 facility.

Activities performed by Pacira, as well contract manufacturing organizations and laboratories used for various analytical procedures are listed in Table 1.

DTX-2465.1

Exhibit #
Ardekani 10

DTX-2465

# Ms. Los:  Prepared The Los Spreadsheet



**Kathleen Los**



Q. You prepared a spreadsheet, an Excel spreadsheet, that served as the basis of the data in the asserted patents; correct?

**A. That's correct.**

JTX-4289.18 (Los Tr. 91:13-16)

DDX-5.37

# The Los Spreadsheet

**To:** Jane.Dai[Jane.Dai@knobbe.com]; Anthony Molloy[Anthony.Molloy@pacira.com]; John Grigsby[John.Grigsby@pacira.com]

**Cc:** Daniel.Kamkar[Daniel.Kamkar@knobbe.com]

**From:** Kathy Los

**Sent:** 2021-01-22T17:48:43Z

**Importance:** Normal

**Subject:** *Redacted for Privilege*

**Received:** 2021-01-22T17:49:15Z

*Redacted for Privilege*

Hi Jane, Daniel,

*Redacted for Privilege*

I've also attached an updated version of the spreadsheet that contains:

*Redacted for Privilege*   *Redacted for Privilege*

-Internal [lysine] and [dextrose]   *Redacted for Privilege*

JTX-4119.1

Joint Trial Exhibit
JTX-4119

HIGHLY CONFIDENTIAL

PAC-EXPAREL0403T287R

JTX-4119.0001

DDX-5.38

# The Los Spreadsheet



JTX-4037.18

|  |  |  | Erucic Acid (ug/ml) NMT 310 | | | |
|---|---|---|---|---|---|---|
| **200L Swindon** | **Lot** | **0** | **1m** | **2m** | **3m** | **6m** |
|  | 129855 | ND | 22 | 36 | 54 | 99 |
|  | 129856 | ND | 23 | 38 | 51 | 99 |
|  | 129860 | ND | 23 | 38 | 54 | 98 |
| Average |  |  | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD |  |  | 2.5 | 3.1 | 3.3 | 0.6 |

| **45L SCC** | **Lot** | **0** | **1m** | **2m** | **3m** | **6m** |
|---|---|---|---|---|---|---|
|  | 20-3066 | ND | 28 | 35 | 52 | NA |
|  | 20-3067 | 28 | 41 | 57 | 75 | NA |
|  | 20-4076 | 27 | 43 | 59 | 70 | NA |
|  | 16-p004-pool | ND | LT 20 | 36 | 51 | 111 |
|  | 16-3088-200 | ND | 25 | 35 | 53 | 110 |
|  | 16-3089-200 | ND | LT 20 | 34 | 54 | 111 |
|  | 16-3090-200 | ND | LT 20 | 36 | 54 | 114 |
|  | 17-3142 | LT 20 | 29 | 43 | 58 | 114 |
|  | 17-4135 | LT 20 | 25 | 39 | 54 | 109 |
|  | 17-4136 | LT 20 | 34 | 48 | 64 | 123 |
| Average |  |  | 28.3 | 38.7 | 55.4 | 113.1 |
| % RSD |  |  | 26.2 | 24.3 | 15.0 | 4.2 |

JTX-4037.18

# Pacira's 45-L Data

'495 Patent
(JTX-4121)

Los Spreadsheet
(JTX-4037)

Ardekani Data
(DTX-2465)

All Identified 25 °C
Storage Data
(DTX-3110)

DDX-5.41

# Inequitable Conduct

DDX-5.42

# Inequitable Conduct



"To prove inequitable conduct, the challenger must show by clear and convincing evidence that the patent applicant (1) misrepresented or omitted information material to patentability, and (2) did so with specific intent to mislead or deceive the PTO."

*Ohio Willow Wood Co. v. Alps S.*, 735 F.3d 1333, 1344 (Fed. Cir. 2013)
(internal citations and quotations omitted)

DDX-5.43

# Inequitable Conduct



"To satisfy the intent requirement, the accused infringer must prove by clear and convincing evidence that the applicant knew of the reference, knew that it was material, and made a deliberate decision to withhold it."

*Belcher Pharms., LLC v. Hospira*, 11 F.4th 1345, 1353 (Fed. Cir. 2021) (internal citations and quotations omitted)

"In particular, undisclosed prior art is 'but-for material if the PTO would not have allowed a claim had it been aware of' it."

*Am. Calcar, Inc. v. Am. Honda Motor Co.*, 768 F.3d 1185, 1189 (Fed. Cir. 2014)
(quoting *Therasense, Inc. v. Becton, Dickinson & Co.*, 649 F.3d 1276, 1291 (Fed. Cir. 2011)

"When the patentee has engaged in affirmative acts of egregious misconduct, such as the filing of an unmistakably false affidavit, the misconduct is material."

*Therasense,* 649 F.3d at 1292

DDX-5.44

# Inequitable Conduct



"'[B]ecause direct evidence of deceptive intent is rare, a district court may infer intent from indirect and circumstantial evidence,' provided that such intent is the single reasonable inference."

*Am. Calcar,* 768 F.3d at 1190–91
(quoting *Therasense,* 649 F.3d at 1290-91)

# Inequitable Conduct: Materiality

# Inequitable Conduct – Materiality During Prosecution vs. But-for Materiality

litigation statements, and the like. "Materiality is not limited to prior art but embraces *any* information that a reasonable examiner would be substantially likely to consider important in deciding whether to allow an application to issue as a patent." *Bristol-Myers Squibb Co. v. Rhone-Poulenc Rorer, Inc.*, 326 F.3d 1226, 1234, 66 USPQ2d 1481, 1486 (Fed. Cir. 2003) (emphasis in original) (finding article which was not prior art to be material to enablement issue).

**During Prosecution:**  Definition of "Materiality" for Compliance with Duty of Candor (MPEP § 2001)

This court holds that, as a general matter, the materiality required to establish inequitable conduct is but-for materiality. When an applicant fails to disclose prior art to the PTO, that prior art is but-for material if the PTO would not have allowed a claim had it been aware of the undisclosed prior art. Hence, in assessing the materiality of

**During Litigation**: Definition of "But-for Materiality" For Inequitable Conduct (*Therasense*)



DDX-5.48

# Erucic Acid Stability Data in the '495 Patent

**TABLE 1A**

Erucic acid concentration in the bupivacaine MVLs as a functional of time

| Batch | \multicolumn{4}{c}{Erucic acid concentration (µg/mL)} |
| | 1 month | 2 months | 3 months | 6 months |
|---|---|---|---|---|
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

JTX-4121.19, Table 1A at 20:47-67

| 45L SCC | Lot | 0 | 1m | 2m | 3m | 6m |
|---|---|---|---|---|---|---|
| | 20-3066 | ND | 28 | 35 | 52 | NA |
| | 20-3067 | 28 | 41 | 57 | 75 | NA |
| | 20-4076 | 27 | 43 | 59 | 70 | NA |
| | 16-p004-pool | ND | LT 20 | 36 | 51 | 111 |
| | 16-3088-200 | ND | 25 | 35 | 53 | 110 |
| | 16-3089-200 | ND | LT 20 | 34 | 54 | 111 |
| | 16-3090-200 | ND | LT 20 | 36 | 54 | 114 |
| | 17-3142 | LT 20 | 29 | 43 | 58 | 114 |
| | 17-4135 | LT 20 | 25 | 39 | 54 | 109 |
| | 17-4136 | LT 20 | 34 | 48 | 64 | 123 |
| Average | | | 28.3 | 38.7 | 55.4 | 113.1 |
| % RSD | | | 26.2 | 24.3 | 15.0 | 4.2 |

JTX-4037.18

DDX-5.49

# Dr. Dai: Drafted Table 1A



**Dr. Jane Dai**

Q.     Stability data on the erucic acid concentration as a function of time is presented in table 1A of the '495 patent; correct?

**A.     Yes, erucic acid – table says erucic acid concentration as a function of time.**

Q.     Who drafted table 1A in the '495 patent?

**A.     I worked with my associate Daniel Kamkar.**

JTX-4288.8 (Dai Tr. 94:14-20)

DDX-5.50

# Dr. Dai: Chose to Exclude Data in Los Spreadsheet from Table 1A



**Dr. Jane Dai**

Q.   Did you review this spreadsheet in connection with prosecution of the asserted patents?

**A.   Yes.**

Q.   Is the data in this spreadsheet the basis for the data tables in the asserted patents?

**A.   Yes.**

* * *

Q.   The bottom half of this page has a section "45L SCC"; right?

**A.   Yes.**

Q.   This section provides erucic acid stability data on ten lots of 45-liter Exparel; right?

**A.   Yes.**

Q.   Is this 45-liter data the data underlying the reference samples reported in table 1A of the asserted patents?

**A.   Yes.**

***

Q.   Was any of the data, on individual batches of 45-liter Exparel in Exhibit 7, provided to the patent office, during prosecution of the asserted patents?

**A.   No, not the individual batch.**

JTX-4288.10-12
(Dai Tr. 114:20-21, 114:25-115:3,
118:12-21, 127:09-12, 127:15)

DDX-5.51

# Ms. Los:  Possible to Report Individual Data Points



**Kathleen Los**



> Q. It would be possible to report individual batch values in the patent rather than an average; correct?
>
> **A. It would be possible.**

JTX-4289.26 (Los Tr. 129:17-19, 129:23)

DDX-5.52

# Table 1A Could Have Included Individual Batch Data

**TABLE 1A**

Erucic acid concentration in the
bupivacaine MVLs as a functional of time

| Batch | Erucic acid concentration (μg/mL) | | | |
|---|---|---|---|---|
| | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| 1 | LT 20 | 36 | 51 | 111 |
| 2 | 25 | 35 | 53 | 110 |
| 3 | LT 20 | 34 | 54 | 111 |
| 4 | LT 20 | 36 | 54 | 114 |
| 5 | 29 | 43 | 58 | 114 |
| 6 | 25 | 39 | 54 | 109 |
| 7 | 34 | 48 | 64 | 123 |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

DDX-5.53

# Table 1A Could Have Included Individual Batch Data

| TABLE 1A | | | | |
|---|---|---|---|---|
| Erucic acid concentration in the bupivacaine MVLs as a functional of time | | | | |
| | Erucic acid concentration (µg/mL) | | | |
| Batch | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| 1 | LT 20 | 36 | 51 | 111 |
| 2 | 25 | 35 | 53 | 110 |
| 3 | LT 20 | 34 | 54 | 111 |
| 4 | LT 20 | 36 | 54 | 114 |
| 5 | 29 | 43 | 58 | 114 |
| 6 | 25 | 39 | 54 | 109 |
| 7 | 34 | 48 | 64 | 123 |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

# Inequitable Conduct – "n/a" in Table 1A

| TABLE 1A | | | | |
|---|---|---|---|---|
| Erucic acid concentration in the bupivacaine MVLs as a functional of time | | | | |
| | Erucic acid concentration (µg/mL) | | | |
| Batch | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

JTX-4121.19, Table 1A at 20:47-67

DDX-5.55

# Dr. Dai: Chose to Use "n/a"



**Dr. Jane Dai**

Q.    Who drafted this N/A in the one-month column for the average of the reference samples in table 1A?

**A.    It would be either myself or associate Mr. Daniel Kamkar.**

JTX-4288.9 (Dai Tr. 98:1-3, 98:6-7)

DDX-5.56

# Ms. Los:  Excuse for "n/a"



**Kathleen Los**



> Q.  If you wanted to calculate the true average one-month value, you would need to come up with some way to take into account these less than values; right?
>
> **A.  The true average can only be calculated from those lots that have data for them.**
>
> Q.  So your stance, Ms. Los, is that by removing all of the low values, you can accurately calculate the average?
>
> **A.  No, I'm not saying that – I don't know. There's no good way of handling the data when you don't have reportable numbers for some of your data points. I mean, you have – you have to settle on what is the best way without inventing data and that's what we did.**

JTX-4289.25-26 (Los Tr. 128:22-25, 129:3-7, 129:11-16)

DDX-5.57

# Dr. Schwendeman:  "n/a" Needs Explanation



**Dr. Anna Schwendeman**

Q.   Well, if it means not applicable, wouldn't it be right because you can't calculate an average since some of the batches had less than 20 and not a number, how could you report that data?

**A.   When I put my tables or my students put their tables because N/A is not available or not applicable, I always require to put estimates and describe what N/A refers to.**

Q.   Is there another way you could report the data accurately for the reference samples even if you have some less than 20s or nondetecteds?

**A.   Yes, you can put all the individual data points and this would allow for a person to see what the range was.**

Tr. 426:24-427:10 (Schwendeman)

DDX-5.58

# Table 1A Could Have Included an Explanation for "n/a"

| | TABLE 1A | | | |
| --- | --- | --- | --- | --- |
| | Erucic acid concentration in the bupivacaine MVLs as a functional of time | | | |
| | Erucic acid concentration (µg/mL) | | | |
| Batch | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

n/a:  At the 1 month time point, several batches of the reference samples contained erucic acid at concentrations below the lower limit of detection of the assay (20 µg/mL). Therefore, an average value of erucic acid concentration for all batches of the reference samples could not be calculated at the 1 month time point.

# Ms. Los:  Used "n/a" to Mean "Not Available"



**Kathleen Los**

Q.  We saw earlier that, in your internal spreadsheet, "n/a" means no data available; right?

**A.  Yes, in my – the spreadsheet I've created or consolidated, a combination of the two, I used "n/a" to mean not available, as those data were not yet available.**

**\*\*\***

Q.  So one reasonable reading of the "n/a" in table 1A of the '495 patent is that data was not available for one month for the reference samples?

**A.  That's right. I –**

**A.  I agree that's a possible reading of that.**

JTX-4289.39-40 (Los Tr. 171:3-4, 171:7-10, 172:22-25, 173:2)

DDX-5.60

# Dr. Dai: Inconsistent Testimony on "n/a"



**Dr. Jane Dai**

Q.   Outside the context of this patent, Dr. Dai, are you familiar with the abbreviation N/A?

**A.   Yes.**

Q.   What does N/A typically mean?

**A.   It means not applicable.**

\*\*\*

Q.   If you look at the top three batches, the six-month value reported is N/A. Do you see that?

**A.   Yes.**

Q.   What does that N/A mean?

**A.   It means not available.**

JTX-4288.9, 11-12 (Dai Tr. 98:8-12, 119:25-120:5)

DDX-5.61

# Dr. Ardekani: "n/a" Means There Is No Data Available



**Dr. Soroush Ardekani**

PACIRA
PHARMACEUTICALS, INC.

Q.  Do you have an understanding as to why Table 1A says "N/A" for the one month data for the 45-liter batches, even though you had that data?

**A.  I don't know.**

Q.  Would you ever use an "N/A" to indicate that there was data?

**A.  I wouldn't, no.**

Q.  I'm asking you, Dr. Ardekani, your personal understanding as a scientist, when you see "N/A" in a data table, is your assumption that the data exists but the person has chosen not to provide it?

**A.  No, that's not my assumption. My assumption is that it doesn't – it's not there.**

JTX-4287.11 (Ardekani Tr. 115:22-24, 116:4, 116:22-23, 116:25, 117:15-19, 117:22-23

DDX-5.62

# Dr. Klibanov: Excuse for Averaging



**Dr. Alexander Klibanov**

Q.   Now, do you agree with Dr. Schwendeman that there is no scientific basis to report the values for 45-liter reference batches as averages?

**A.   No, I do not. I know that the term "averages" was much maligned last week, but the fact of the matter is that averages are often used in scientific literature when the number of individual data points is substantial. For example, usually exceeds 3 to 5. And here it is 7.**

Tr. 754:12-19 (Klibanov)

DDX-5.63

# '495 Patent, Table 2B

## TABLE 2B

External and internal pH in bupivacaine MVL compositions

| Batch | Internal pH | Avg Internal pH | Time 0 Sup pH |
|---|---|---|---|
| 1 | 5.49 | 5.50 | 7.4 |
| 2 | 5.51 | | |
| 3 | 5.50 | | |
| Ref. samples | | 5.38 | 7.1 |

JTX-4121.20, Table 2B at 22:17-27

DDX-5.64

# Los Spreadsheet – Underlying Data for Table 2B

| Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|
| Skid | Lot | Msmt #1 | Msmt #2 | Avg | Av of lots |
| 200L Swindon | 129855 | 5.49 | 5.48 | 5.49 | 5.50 |
| | 129856 | 5.51 | 5.51 | 5.51 | |
| | 129860 | 5.50 | 5.49 | 5.50 | |
| | | | | | |
| | | | | | |
| 45L SCC | 19-3079 | 5.43 | 5.42 | 5.43 | 5.38 |
| | 19-3091 | 5.34 | 5.34 | 5.34 | |
| | | | | | |
| | | | | | |

JTX-4037.28

DDX-5.65

# Inequitable Conduct – Fig. 3B and Table 1A



JTX-4121.8, Fig. 3B

## TABLE 1A

Erucic acid concentration in the
bupivacaine MVLs as a functional of time

| Batch | Erucic acid concentration (µg/mL) | | | |
|---|---|---|---|---|
| | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

JTX-4121.19, Table 1A at 20:47-67

DDX-5.66

# Dr. Klibanov: POSA Could Not Use Figure 3B to Determine Whether Individual Batches Met Limitations



**Dr. Alexander Klibanov**

Q.   Right. And you agree that a person of ordinary skill in the art could not, looking at Figure 3B, glean whether any individual batch met those two limitations, right?

A.   **Not with respect to a particular individual batch. With respect to averages, one could.**

Q.   But you understand the claims are directed to compositions, not averages, right?

A.   **It's directed to a composition.**

Q.   And you understand an individual batch would be a composition, right?

A.   **An individual batch will be a composition.**

Tr. 777:19-778:4 (Klibanov)

DDX-5.67

# Inequitable Conduct – Fig. 3B and Table 1A



JTX-4121.8, Fig. 3B

## TABLE 1A

Erucic acid concentration in the
bupivacaine MVLs as a functional of time

| Batch | Erucic acid concentration (μg/mL) | | | |
|---|---|---|---|---|
| | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

JTX-4121.19, Table 1A at 20:47-67

DDX-5.68

# Dr. Klibanov: "Extrapolation" In Fig. 3B Is Inaccurate



**Dr. Alexander Klibanov**

Q. Can we go back to Table 1A. It reports 22.7 as the average for one month for the three batches, correct?

A. **Yes.**

**\* \* \***

Q. And if we plug 1 in for X, we should get the result for the one-month results, correct?

A. **Yes, based on the extrapolation.**

Q. Right. And if we plug 1 into that equation, we don't get 22.7, do we, sir?

A. **We get – just a second, let me just do the math in my head. We get a similar number but not exactly the same number.**

Tr. 775:5-8, 14-22 (Klibanov)

DDX-5.69

# Inequitable Conduct – Table 1A Clarified In Later Patents



"n/a:   At the 1 month time point, several batches of the reference samples contained erucic acid at concentrations below the lower limit of detection of the assay (20 µg/mL). Therefore, an average value of erucic acid concentration for all batches of the reference samples could not be calculated at the 1 month time point."

*See, e.g.,* JTX-4131.20-21 at 20:65-21:3

DDX-5.70

# Mr. Godici: Footnote In Later Patents Contains New Information



**Nicholas Godici**

Q.    Do you see the language in this footnote?

**A.    I see it, yes.**

Q.    That refers to the lower limit of detention of the assay, in parenthesis, 20 micrograms per milliliter?

**A.    I see that. Okay. Yes.**

Q.    The lower limit of detection of this assay doesn't appear in the previous version of the specification, right?

**A.    <mark>My understanding is no, that it's not</mark>, but my point being the examiner reviewed this footnote for content of whether or not it introduced new matter, and my point is that the examiner did not object to this and indicated that based on the understanding that he had, this entire footnote was supported by the original disclosure.**

Tr. 855:12-24 (Godici)

DDX-5.71

# MPEP Chapter 2000 – Best Practice Is to Document Basis for Withholding Information



18. Finally, if information was specifically considered and discarded as not material, this fact might be recorded in an attorney's file or applicant's file, including the reason for discarding it. If judgment might have been bad or something might have been overlooked inadvertently, a note made at the time of evaluation might be an invaluable aid in explaining that the mistake was honest and excusable. Though such records are not required, they could be helpful in recalling and explaining actions in the event of a question of "fraud" or "inequitable conduct" raised at a later time.

DTX-2200.13

# Dr. Dai: Failed to Document Basis for Withholding Data



**Dr. Jane Dai**

Q.   During prosecution of the asserted patents, did you make any such note with respect to the 45-liter batch data in Exhibit 7 [the Los Spreadsheet]?

**A.   No, I did not make any note.**

JTX-4288.16 (Dai Tr. 137:12-14, 138:2)

# Mr. Godici: Attempts to Reinterpret Claim 1



**Nicholas Godici**

Q. So in your view, Mr. Godici, Claim 1, which recites a limitation only to one-month erucic acid concentration, was allowed because of differences at the six months timepoint?

A. **Well, it – I might agree, but really, it's the patent office that says that. It's clearly in the record. The examiner says it here. So that's the position of the patent office with respect to why the claims were allowed.**

Tr. 842:14-20 (Godici)

DDX-5.74

# Dr. Dai: Scope of Claim 1 Limited to One-Month Data



**Dr. Jane Dai**

Q.   Claims 1 of each of the asserted patents had a limitation relating to one-month stability data, not six-month stability data; correct?

A.   **Yeah, Claim 1 recites, [As read] Wherein erucic acid concentration in the composition is about 23 micrograms per milliliter or less after the composition is stored at 25 degrees for one month.**

JTX-4288.7 (Dai Tr. 89:24-90:1, 90:11-14)

DDX-5.75

# Ms. Los: Scope of Claim 1 Limited to One-Month Data



**Kathleen Los**



Q.  Claim 1 of the '495 patent only relates to one-month data; correct?

**A.  Yes.**

JTX-4289.49 (Los Tr. 218:18-20)

DDX-5.76

# Dr. Ardekani: Scope of Claim 1 Limited to One-Month Data



**Dr. Soroush Ardekani**

Q. Carrying on to the very bottom of claim 1 on the next page in column 23, do you see that the last clause of claim one says: "Wherein the erucic acid concentration in the composition is about 23 micrograms per milliliter or less after the composition is stored at 25 degrees celsius for one month"?

A. **Okay.**

Q. Sitting here today, can you identify any physical property of the product other than the erucic acid concentration that is new in claim 1 for the 200-liter product?

A. **No.**

JTX-4287.6-7 (Ardekani Tr. 78:12-19, 80:13-16, 80:18)

DDX-5.77

# '495 Patent File History – Interview Focused on One-Month Data



**Issues Discussed:**

**35 U.S.C. 103**

Discussed claim 1 rejection and ==Applicants argued that the combination does not teach the amount of erucic acid concentration after one month as the product by process is more stable than the cited art combination.== Applicant further argues that the process allows higher concentrations of bupivacaine as cited in claim 18. Office indicated that adding claims 17 and 18 to claim 1 and providing a declaration of ==why one skilled in the art would not expect the prior art to have the same claimed acid concentration== should be allowable after a final search and consideration of the 3/12/2021 ids.

**Other**

Office will consider 3/12/2021 ids in next action

'495 Patent File History (JTX-4001.2167)

# "Broadest Reasonable Interpretation"



"In making this patentability determination [i.e., assessing but-for materiality], the court should apply the preponderance of the evidence standard and give claims their broadest reasonable construction."

*Therasense, Inc. v. Becton, Dickinson & Co.,* 649 F.3d 1276, 1291-92 (Fed. Cir. 2011) (en banc)

"Unlike the clear and convincing evidence standard for invalidating a patent in the district court under 35 U.S.C. §§ 102 and 103, the standard for establishing but-for materiality in the inequitable conduct context only requires a preponderance of the evidence, giving claims their broadest reasonable construction."

*Aventis Pharma S.A. v. Hospira, Inc.,* 675 F.3d 1324, 1334 (Fed. Cir. 2012) (quote and citation omitted)

DDX-5.79

# Mr. Molloy:  Claim 1 Does Not Discuss Rate of Hydrolysis



**Anthony Molloy**



Q. Claim 1 [of the '495 patent] doesn't talk about the rate of hydrolysis, right?

A. **So the text of Claim 1 does not talk about that. However, I think these claims, you're reading them in isolation. There was a Markman order. There's a specification. So – so Claim 1, you're correct, does not use the phrase "rate of hydrolysis."**

Tr. 353:22-354:2 (Molloy)

# Mr. Molloy: Different Patent Claims Rate of Hydrolysis



**Anthony Molloy**

Q.   It's [U.S. Patent 11,452,691 is] another one of the Pacira patents in the same family related to the 200-liter process, correct?

A.   **Yes.**

&ast;&ast;&ast;

Q.   So this claim [claim 1 of the '691 patent] does actually talk about the rate of hydrolysis, correct?

A.   **This claim does.**

&ast;&ast;&ast;

Q.   And Pacira gave a covenant not to sue to the defendants for this patent, right?

A.   **Oh, we did, yes.**

Tr. 354:6-8, 354:23-25, 355:9-11 (Molloy)

DDX-5.81

# Claims 1, 3, and 5 Are Anticipated by Commercial Batches in the Los Spreadsheet



| 45L SCC | Lot | 0 | 1m | 2m | 3m | 6m |
|---|---|---|---|---|---|---|
| | 20-3066 | ND | 28 | 35 | 52 | NA |
| | 20-3067 | 28 | 41 | 57 | 75 | NA |
| | 20-4076 | 27 | 43 | 59 | 70 | NA |
| | 16-p004-pool | ND | LT 20 | 36 | 51 | 111 |
| | 16-3088-200 | ND | 25 | 35 | 53 | 110 |
| | 16-3089-200 | ND | LT 20 | 34 | 54 | 111 |
| | 16-3090-200 | ND | LT 20 | 36 | 54 | 114 |
| | 17-3142 | LT 20 | 29 | 43 | 58 | 114 |
| | 17-4135 | LT 20 | 25 | 39 | 54 | 109 |
| | 17-4136 | LT 20 | 34 | 48 | 64 | 123 |
| Average | | | 28.3 | 38.7 | 55.4 | 113.1 |
| % RSD | | | 26.2 | 24.3 | 15.0 | 4.2 |

JTX-4037.18

DDX-5.82

# Erucic Acid Stability Data: Ardekani Data

| | |
|---|---|
| **To:** | Louie Garcia[Louie.Garcia@pacira.com]; Kathy Los[Kathy.Los@pacira.com] |
| **Cc:** | Paige Davis[Paige.Davis@pacira.com] |
| **From:** | Soroush Ardekani |
| **Sent:** | 2020-12-09T18:07:26Z |
| **Importance:** | Normal |
| **Subject:** | FW: EXPAREL stability documentation 5 & 25C |
| **Received:** | 2020-12-09T18:07:37Z |

EXPAREL recent stability data.zip

FYI, stability data

DTX-2465.1

# Erucic Acid Stability Data: Ardekani Data



DTX-2465.3

**Table 1     Batch Summary to Support EXPAREL, 13.3 mg/mL Manufactured at Patheon**

| Table | Batch No. | Skid | Date of manufacture | Batch Size | Use of Batch | Storage Condition | Study Status |
|---|---|---|---|---|---|---|---|
| 2 | 037188 | 300 | 13 Apr 2017 | 45 L | Registration, Stability | 5ºC | 15 months |
| 3 | | | | | | 25ºC | Completed |
| 4 | 037189 | 300 | 19 Apr 2017 | 45 L | Registration, Stability | 5ºC | 15 months |
| 5 | | | | | | 25ºC | Completed |
| 6 | 037190 | 300 | 21 Apr 2017 | 45 L | Registration, Stability | 5ºC | 15 months |
| 7 | | | | | | 25ºC | Completed |
| 8 | 037191 | 400 | 09 May 2017 | 45 L | Registration, Stability | 5ºC | 15 months |
| 9 | | | | | | 25ºC | Completed |
| 10 | 037192 | 400 | 11 May 2017 | 45 L | Registration, Stability | 5ºC | 15 months |
| 11 | | | | | | 25ºC | Completed |
| 12 | 037193 | 400 | 15 May 2017 | 45 L | Registration, Stability | 5ºC | 15 months |
| 13 | | | | | | 25ºC | Completed |
| 14 | 047903 | 300 & 400 | 17 May 2017[1] | 4 x 45 L | Registration, Stability | 5ºC | 15 months |
| 15 | | | | | | 25ºC | Completed |
| 16 | 126837 | 300 | 14 Dec 2016 | 45 L | Bioequivalence | 5ºC | 18 months |
| 17 | | | | | | 25ºC | Completed |

[1] Date of manufacture for pooling batch is the date of manufacture of the first bulk lot

DDX-5.85

# Erucic Acid Stability Data: Ardekani Data

**Table 3**          **Stability Data for EXPAREL, Lot 037188 (25°C) Skid 300**

EXPAREL (Bupivacaine Liposome Injectable Suspension), 13.3 mg/mL
Manufacture Date: 13 April 2017
Stability Protocol: 17-STP-002
Stability Start Date: 16 May 2017

Container / Closure:
20-mL Type I clear glass vial
13-mm ETFE-faced grey butyl stopper
13-mm Al/PP flip-off cap
Storage Orientation: Inverted

| Attribute | | Acceptance criteria | Time Point (Months) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 0 | 1 | 2 | 3 | 6 |
| Appearance | | White to off-white suspension, free of foreign matter | Complies | Complies [1] | Complies | Complies [1] | Complies |
| Total Bupivacaine | | 12.0 to 14.6 mg/mL | 13.4 | 13.4 | 13.3 | 13.3 | 13.5 |
| Free Bupivacaine | | NMT 8.0% of label claim | 2.7 | 2.6 | 2.8 | 3.2 | 4.7 |
| Packed Particle Volume (PPV) | | 32 to 44 % | 36 | 37 | 36 | 37 | 35 |
| Particle size | $d_{10}$ | NLT 12.0 μm | 15.2 | 14.6 | 14.7 | 14.7 | 14.6 |
| | $d_{50}$ | 24.0 to 31.0 μm | 27.4 | 26.7 | 26.8 | 26.9 | 26.7 |
| | $d_{90}$ | NMT 62.0 μm | 51.1 | 50.2 | 50.6 | 50.9 | 50.4 |
| In Vitro Release | 4 hours | 10 to 35% | 21 | 19 | 18 | 19 | 23 |
| | 24 hours | 46 to 71% | 60 | 55 | 53 | 54 | 59 |
| | 48 hours | 60 to 85% | 76 | 72 | 71 | 68 | 77 |
| | 168 hours | NLT 80% | 94 | 93 | 92 | 93 | 93 |
| pH | | 5.8 to 7.4 | 7.2 | 7.1 | 7.1 | 7.0 | 6.7 |
| Erucic Acid | | NMT 310 μg/mL | ND | 23 | 35 | 46 | 90 |

DTX-2465.5

DDX-5.86

# Erucic Acid Stability Data: Ardekani Data

### Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C)
### of 45 L Exparel before 1/22/21

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | 0 mo. | Erucic Acid (µg/mL) | | | | pH (external) | Commercially Sold | Exhibit #(s) |
| | | | | | | | 1 mo. | 2 mo. | 3 mo. | 6 mo. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 037188 | 45L | Skid 300 at Patheon | 4/13/2017 | 25 | ND | 23 | 35 | 46 | 90 | 6.7 | N | JTX-4049.0037 |
| 2 | 037189 | 45L | Skid 300 at Patheon | 4/19/2017 | 25 | ND | 25 | 35 | 46 | 89 | 6.8 | N | JTX-4049.0038 |
| 3 | 037190 | 45L | Skid 300 at Patheon | 4/21/2017 | 25 | ND | LT20 | 33 | 45 | 83 | 6.8 | N | JTX-4049.0039 |
| 4 | 037191 | 45L | Skid 400 at Patheon | 5/9/2017 | 25 | ND | ND | 35 | 44 | 80 | 6.9 | N | JTX-4049.0040 |
| 5 | 037192 | 45L | Skid 400 at Patheon | 5/11/2017 | 25 | ND | ND | 35 | 43 | 80 | 6.9 | N | JTX-4049.0041 |
| 6 | 037193 | 45L | Skid 400 at Patheon | 5/15/2017 | 25 | ND | ND | 35 | 42 | 78 | 6.9 | N | JTX-4049.0042 |
| 7 | 047903 | 45L | Skid 300 and 400 at Patheon | 5/17/2017 | 25 | ND | 25 | 34 | 43 | 79 | 6.8 | N | JTX-4049.0043 DTX-2512.20 |
| 8 | 126837 | 45L | Skid 300 at Patheon | 12/14/2016 | 25 | ND | LT20 | 35 | 41 | 102 | 6.6 | N | JTX-4049.0036 DTX-2519.1 |

DTX-3110.1; *see* DTX-2465.5, 7, 9, 11, 13, 15, 17, 19

# Ms. Los:  Aware of Her Obligation to Disclose Data



**Kathleen Los**



Q.   Did you make an attempt to determine the average value across all metric batches before representing to the patent office that the 200-liter process was more stable?

**A.   I did not make an attempt to collect all of the data for all batches ever manufactured and evaluated. The data requested went back to 2016, so that was a 5-year look back.**

Q.   Did you understand, Ms. Los, that EXPAREL manufactured prior to 2016 was also prior art to your patent?

**A.   I did not.**

JTX-4289.61 (Los Tr. 266:16-19, 266:23-267:4, 267:8)

DDX-5.88

# Ms. Los:  No Distinction Between Sold and Unsold



**Kathleen Los**



Q.   All right. The 45-liter batches in this chart, Ms. Los, were any of those commercial batches?

**A.   I don't know the nature of those batches.**

Q.   Did it matter, for the purposes of your comparison, whether they were commercial batches?

**A.   No. At that time, it did not.**

Q.   Why not –

**A.   That wasn't one of our considerations.**

Q.   Why not?

**A.   We were working with the stability data that we were provided from regulatory, and we didn't discriminate between them.**

Q.   Do you think that the batches that you used are representative of what the values would be for commercial batches?

**A.   Yes, I do. I have no reason to think they wouldn't be.**

JTX-4289.23-24 (Los Tr. 124:25-125:15, 125:17-18)

DDX-5.89

# Ms. Los:  No Distinction Between Sold and Unsold



**Kathleen Los**

Q. So, Ms. Los, you'd expect that batches manufactured at a particular location on a particular skid, according to the 45-liter commercial process, are as a general matter representative of the commercial product manufactured on those skids; right?

A. **Yeah, I believe so. I'm sure – there is some scatter around some of the measurements, but any – any batch or series of batches should be representative of the – of the process as a whole.**

JTX-4289.40 (Los Tr. 184:24-185:4, 185:6-9)

DDX-5.90

# But-for Materiality:  Information Contradictory to Applicant's Arguments to USPTO



"The district court appears to have concluded that the [prior art product] could not be found but-for material because it 'was disclosed to' the PTO…. [H]owever, [] the district court found [applicants] 'misrepresented the characteristics of the [product]' by describing it falsely to the PTO… and by withholding a video showing that [it] 'does in fact [practice certain claim limitations].' On remand… the district court must evaluate whether the PTO's patentability decision may have differed if [applicants] had described the [product] accurately and had disclosed the withheld video to the PTO."

*Luv n' Care, Ltd. v. Laurain,* 98 F.4th 1081, 1097–98 (Fed. Cir. 2024) (citations omitted)

"We further reject Belcher's argument that the withheld art, including the JHP product, is immaterial because it is 'cumulative'… Belcher's argument is directly at odds with its argument during prosecution that the claimed range was 'critical,' which is one way to circumvent obviousness when a claimed range overlaps with a range disclosed in the prior art. The examiner allowed the claims only after accepting Belcher's criticality argument."

*Belcher Pharms., LLC v. Hospira,* 11 F.4th 1345, 1353 (Fed. Cir. 2013) (quotes and citations omitted)

"By making the comparison [between the claimed range and prior art range] at different dosages without disclosing that this was so, Aventis led the examiner away from any questions about dosage or any motivation to question the dosage for the [prior art] data…. The withholding of the [prior art] dosage information prevented the examiner from considering information important in deciding whether to allow the application, and was therefore a failure to disclose material information to the PTO."

*Aventis Pharma S.A. v. Amphastar Pharms., Inc.,* 176 F. App'x 117, 119–22 (Fed. Cir. 2006)

# Materiality: Egregious Misconduct



"When the patentee has engaged in affirmative acts of egregious misconduct … the misconduct is material."

*Therasense, Inc. v. Becton, Dickinson & Co.,* 649 F.3d 1276, 1291-92 (Fed. Cir. 2011) (en banc)

DDX-5.92

# Inequitable Conduct – "n/a" in Table 1A

| | TABLE 1A | | | |
|---|---|---|---|---|
| | Erucic acid concentration in the bupivacaine MVLs as a functional of time | | | |
| | Erucic acid concentration (µg/mL) | | | |
| Batch | 1 month | 2 months | 3 months | 6 months |
| 1 | 22 | 36 | 54 | 99 |
| 2 | 23 | 38 | 51 | 99 |
| 3 | 23 | 38 | 54 | 98 |
| Average | 22.7 | 37.3 | 53.0 | 98.7 |
| % RSD | 2.5 | 3.1 | 3.3 | 0.6 |
| Reference samples | | | | |
| Average | n/a | 38.7 | 55.4 | 113.1 |
| % RSD | n/a | 24.3 | 15.0 | 4.2 |

JTX-4121.19, Table 1A at 20:47-67

DDX-5.93

# Pacira's Representations to FDA

JTX-4187.4

### 1.3.2.    Accelerated Storage Conditions (25±2°C)

The stability profile of 20 mL EXPAREL registration lots manufactured using the 200 L bulk manufacturing process is comparable to other EXPAREL lots on the stability program manufactured at the 45 L scale.

At accelerated storage conditions (25±2°C) no significant change in total bupivacaine and bupivacaine related substances was observed at any time point.

The observed increase in % free bupivacaine, the associated small reduction in packed particles volume (PPV), and the increase in erucic acid are consistent with EXPAREL lots on the stability program manufactured at the 45 L scale over 6 months.

A small decrease in pH values was observed over 6 months but they were within the expected range and associated with the slight increase in percentage of free bupivacaine.  The trend is consistent with other EXPAREL lots placed on the stability program at accelerated storage conditions (25±2°C).

An increase in particle size distribution at $d_{90}$ was observed at 6 months for all registration lots.  The trend is consistent with other EXPAREL lots placed on the stability program at accelerated storage conditions (25±2°C).

For in-vitro release, all registration lots were slightly above the range 60 – 85% at 48 hours.  The trend is consistent with other EXPAREL lots placed on the stability program at accelerated storage conditions (25±2°C).

# '495 Patent – Affirmative Misstatements



The bupivacaine MVLs produced by the process described herein have improved stability over the commercial Exparel® product. It was observed that the bupivacaine MVL particles produced by the process described herein have lower lipid hydrolysis byproducts compared to the commercial Exparel® product under the same incubation condition. In addition, the bupivacaine MVL particles pro-

JTX-4121.16 at 13:49-55

# '495 Patent File History – Applicant Amendment and Response



_The cited references fail to teach all the claimed features in instant claim 1._

The present claims are directed to bupivacaine MVL compositions prepared by a newly developed commercial process. This new commercial process yields a bupivacaine MVL product with superior stability as compared to the product made by the prior process. In particular, the bupivacaine MVLs composition prepared by the new process has demonstrated less lipid membrane degradation, as measured by a lipid degradation byproduct erucic acid in the bupivacaine MVLs suspension over a period of 6 months at 25°C. _See_ Los Declaration at paragraph 4. The bupivacaine MVLs manufactured by the claimed process has a target concentration of bupivacaine from about 12.6 mg/mL to about 17.0 mg/mL and can be directly administered to a patient without further purification. _Id._ In addition, instant claim 1 recites, in part, "wherein the erucic acid concentration in the composition is about 23 μg/mL or less after the composition is stored at 25°C for one month." These features are not expressly disclosed in either Camu or Li. Furthermore, the Office Action has not provided any evidence to demonstrate that these recited features are inherently present in either Camu or Li. As such, a _prima facie_ case of obviousness has not been established at least because each and every claim limitation is not disclosed in the cited references.

JTX-4001.2176

DDX-5.96

# '495 Patent File History – Los Declaration



4. The present application is directed to a 200L commercial scale manufacturing of bupivacaine multivesicular liposomes (MVLs), a project which we started developing in 2013. This new commercial process yields a bupivacaine MVL composition with superior stability as compared to the product made by the prior process. In particular, the bupivacaine MVLs composition prepared by the new process has demonstrated less lipid membrane degradation, by measuring a lipid degradation byproduct erucic acid in the bupivacaine MVLs suspension over a period of 6 months at 25°C. Erucic acid is a degradation product of dierucoyl phosphatidyl

JTX-4001.2179

DDX-5.97

# '495 Patent File History – Summary of Interview



**Issues Discussed:**

**35 U.S.C. 103**

Discussed claim 1 rejection and Applicants argued that the combination does not teach the amount of erucic acid concentration after one month as the product by process is more stable than the cited art combination. Applicant further argues that the process allows higher concentrations of bupivacaine as cited in claim 18. Office indicated that adding claims 17 and 18 to claim 1 and providing a declaration of why one skilled in the art would not expect the prior art to have the same claimed acid concentration should be allowable after a final search and consideration of the 3/12/2021 ids.

**Other**

Office will consider 3/12/2021 ids in next action

JTX-4001.2167

DDX-5.98

# '495 Patent File History – Applicant Amendment and Response



<u>*The cited references fail to teach all the claimed features in instant claim 1.*</u>

The present claims are directed to bupivacaine MVL compositions prepared by a newly developed commercial process. This new commercial process yields a bupivacaine MVL product with superior stability as compared to the product made by the prior process. In particular, the bupivacaine MVLs composition prepared by the new process has demonstrated less lipid membrane degradation, as measured by a lipid degradation byproduct erucic acid in the bupivacaine MVLs suspension over a period of 6 months at 25°C. *See* Los Declaration at paragraph 4. The bupivacaine MVLs manufactured by the claimed process has a target concentration of bupivacaine from about 12.6 mg/mL to about 17.0 mg/mL and can be directly administered to a patient without further purification. *Id.* In addition, instant claim 1 recites, in part, "wherein the erucic acid concentration in the composition is about 23 µg/mL or less after the composition is stored at 25°C for one month." These features are not expressly disclosed in either Camu or Li. Furthermore, the Office Action has not provided any evidence to demonstrate that these recited features are inherently present in either Camu or Li. As such, a *prima facie* case of obviousness has not been established at least because each and every claim limitation is not disclosed in the cited references.

JTX-4001.2176

DDX-5.99

# Inequitable Conduct: Intent

DDX-5.100

# Inequitable Conduct



"'[B]ecause direct evidence of deceptive intent is rare, a district court may infer intent from indirect and circumstantial evidence,' provided that such intent is the single reasonable inference."

*Am. Calcar, Inc. v. Am. Honda Motor Co., Inc.*, 768 F.3d 1185, 1190-91 (Fed. Cir. 2014)
(quoting *Therasense,* 649 F.3d 1276, 1290-91 (Fed Cir. 2011))

DDX-5.101

# Mr. Molloy:  Pacira's Inventors Know the Duty of Candor



**Anthony Molloy**



Q. Now, Mr. Molloy, as the person in charge of the IP portfolio at Pacira, you also take charge to make sure that you educate inventors about the duty of candor, right?

**A. Yes.**

Q. They understand – the inventors are taught the ethical duties that they have during the prosecution, right?

**A. That's right.**

\*\*\*

Q. You'll agree with me that Pacira makes the scientists and inventors aware of the duty of candor?

**A. Absolutely.**

Tr. 333:9-15, 333:24-334:1 (Molloy)

DDX-5.102

# Ms. Los:  Aware of Her Duty to Disclose Data



**Kathleen Los**

Q. And what is your own personal understanding of your duty of candor to the patent office as an inventor?

**A. That I would not – in this situation, I guess – withhold data that was relevant to what the patent was about. Mainly that.**

***

Q. So fair to say, in the general sense – not related to the specific prosecution of these patents – that if you were aware of a document or data that you thought was potentially important, you would tell your lawyers and expect them to determine whether it went to the patent office?

**A. That's correct.**

JTX-4289.41-42 (Los Tr. 190:22-191:2, 192:15-20, 192:22)

DDX-5.103

# Ms. Los:  Aware of Her Duty to Disclose Data



**Kathleen Los**

Q.   When you testified earlier that the duty of candor includes not withholding data that is relevant to what the patent is about, is your understanding that that includes internal data about prior art commercial products?

A.   **I'm – yeah, I guess not. At least, not to the scope I – full scope.**

Q.   Sorry, what do you mean by "I guess not"?

A.   **Well, as I've tried to explain, our role – my role and the role of my colleagues in the formulation development group has been to perform the analyses accurately, <mark>provide the data in full</mark>. With regard to understanding of the rules surrounding what does or doesn't get included, we count on our patent prosecution attorneys to make those interpretations.**

JTX-4289.42 (Los Tr. 191:19-23, 192:2-4, 192:7-14)

DDX-5.104

# Ms. Los:  Aware of Her Duty of Candor



**Kathleen Los**

Q.  Do you understand that you have a duty [to] be honest with the patent office?

**A.  Yes.**

**\*\*\***

Q.  Do you have an understanding as to whether or not your duty of candor allows you to mislead the patent office?

**A.  I – yes, I would have to – I would conclude that the duty of candor would of course include not intentionally misleading the patent office.**

JTX-4289.41, 43 (Los Tr. 191:3-5, 193:16-18, 192:21-24)

DDX-5.105

# Dr. Dai: Aware of Her Duty to Disclose Prior Art



**Dr. Jane Dai**

Q.   While prosecuting the asserted patents, did you understand   that you had a duty to disclose material prior art to the patent office?

**A.   Yes.**

Q.   While prosecuting the asserted patents, did you understand   that Exparel had been commercially marketed since 2012?

**A.   I was aware Exparel was being marketed prior to the patent – filing of the patent, but I do not know the exact year that it was proved.**

Q.   While prosecuting the asserted patents, did you understand   that prior commercial sales of a product could constitute prior   art?

**A.   Yes.**

JTX-4288.13-14
(Dai Tr. 129:10-16, 129:22-130:3)

DDX-5.106

# Dr. Dai: No Explanation Why Individual Data Was Withheld



**Dr. Jane Dai**

Q.    Why was the data, on individual batches of 45-liter Exparel in Exhibit 7 [the Los Spreadsheet], not provided to the patent office, during prosecution of the asserted patents?

**MR. SINGER: Objection. This question has been asked multiple times already. I instruct the witness not to answer, as based on attorney-client privilege.**

Q.    Are you going to follow your counsel's instructions?

**A.    Yes.**

JTX-4288.12-13 (Dai Tr. 127:16-128:1)

DDX-5.107

# Prosecution of Related Patents: Timeline



DTX-3118

DDX-5.108

# Intent to Deceive Inferred When:



"Mr. Rubin … understood that [patentee] had stated to the FDA that the 2.8 to 3.3 pH range was an 'old' range. Mr. Rubin also understood that [patentee] had reverted from its original pH range (2.4 to 2.6) to the 2.8 to 3.3 range because … using that range would expedite FDA approval.  When later drafting the patent application and through his communications with the PTO during prosecution, however, Mr. Rubin performed an about-face and emphatically and repeatedly advanced the position that the 2.8 to 3.3 pH range was a 'critical' innovation contrary to the knowledge of a person of ordinary skill in the art that yielded 'unexpected results' …. [T]his argument was 'false' and a 'fiction' because Mr. Rubin knew about the prior art's teachings of that pH range."

*Belcher Pharms., LLC v. Hospira*, 11 F.4th 1345, 1353 (Fed. Cir. 2021) (internal citations omitted)

# Consideration of Pattern of Conduct to Infer Intent



"Acts which are not per se unreasonable when considered in isolation may still demonstrate repeated attempts to avoid playing fair and square with the patent system and, collectively, support a finding of deceptive intent. When a person having a duty of candor and good faith has engaged in serial misconduct during the prosecution of the same or related patents, it is not enough for a court to consider each individual act of misconduct without also considering the collective whole. Because an intent to deceive the PTO can be inferred from a person's pattern of lack of candor, a district court must consider the person's multiple acts of misconduct in the aggregate."

*Luv n' Care, Ltd. v. Laurain,* 98 F.4th 1081, 1098 (Fed. Cir. 2024)
(quotes and citations omitted)

DDX-5.110

# Anticipation

# Pacira's 45-L Data

'495 Patent
(JTX-4121)

Los Spreadsheet
(JTX-4037)

Ardekani Data
(DTX-2465)

All Identified 25 °C
Storage Data
(DTX-3110)

DDX-5.112

# Pacira's Accelerated (25 °C) Stability Data

**Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C)**
**of 45 L Exparel before 1/22/21**

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | pH (external) 6 mo. | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 037188 | 45L | Skid 300 at Patheon | 4/13/2017 | 25 | ND | 23 | 35 | 46 | 90 | 6.7 | N | JTX-4040 |
| 2 | 037189 | 45L | Skid 300 at Patheon | 4/19/2017 | 25 | ND | 25 | 35 | 46 | 89 | 6.8 | N | JTX-4040 |
| 3 | 037190 | 45L | Skid 300 at Patheon | 4/21/2017 | 25 | ND | LT20 | 33 | 45 | 83 | 6.8 | N | JTX-4040 |
| 4 | 037191 | 45L | Skid 400 at Patheon | 5/9/2017 | 25 | ND | | 35 | 44 | 80 | 6.9 | N | JTX-4040 |
| 5 | 037192 | 45L | Skid 400 at Patheon | 5/11/2017 | 25 | ND | | 35 | 42 | 78 | 6.9 | N | JTX-4040 |
| 6 | 037193 | 45L | Skid 400 at Patheon | 6/22/2017 | 25 | ND | | 35 | 42 | 78 | 6.9 | N | JTX-4040 |
| 7 | 047903 | 45L | Skid 300 and 400 at Patheon | 5/17/2017 | 25 | ND | 25 | 34 | 43 | 79 | 6.8 | N | JTX-4040, DTX-251... |
| 8 | 126837 | 45L | Skid 300 at Patheon | 12/14/2016 | 25 | ND | LT20 | 35 | 41 | 102 | 6.6 | N | JTX-4040, DTX-251... |
| 9 | 13-2204 | 45L | Suite C (Skid 200) | 7/31/2013 | 25 | ND | | 22 | 36 | 93 | 6.7 | N | JTX-4040, DTX-251... |
| 10 | 13-2205 | 45L | Suite C (Skid 200) | 7/31/2013 | 25 | ND | LT20 | 23 | 35 | 91 | 6.7 | N | JTX-4040, DTX-251... |
| 11 | 13-2206 | 45L | Suite C (Skid 200) | 7/15/2013 | 25 | ND | LT20 | 24 | 37 | 92 | 6.7 | N | JTX-4040, DTX-251... |
| 12 | 14-2107 | 45L | Suite A | 4/26/2014 | 25 | 21 | 58 | 57 | 79 | 146 | 6.3 | N | JTX-4051 |
| 13 | 14-4001 | 45L | Suite C (Skid 200) | 3/25/2014 | 25 | ND | 20 | 41 | 58 | 127 | 6 | N | JTX-4051, DTX-251... |
| 14 | 14-4004 | 45L | Suite C (Skid 200) | 3/31/2014 | 25 | 21 | 42 | 57 | 125 | | 6.3 | N | JTX-4051, DTX-251... |
| 15 | 14-4005 | 45L | Suite C (Skid 100) | 4/2/2014 | 25 | LT20 | 22 | 40 | 56 | 122 | 6.3 | N | JTX-4040, DTX-251... |
| 16 | 14-4012 | 45L | Suite C (Skid 100) | 10/29/2014 | 25 | ND | 27 | 36 | 63 | 123 | 6.1 | Y | JTX-4040 |
| 17 | 14-4013 | 45L | Suite C (Skid 100) | 10/31/2014 | 25 | ND | LT20 | 36 | 58 | 114 | 6.3 | Y | JTX-4040 |
| 18 | 14-4015 | 45L | Suite C (Skid 100) | 11/5/2014 | 25 | ND | LT20 | 36 | 58 | 114 | 6.4 | Y | JTX-4040 |
| 19 | 18-P002 | 45L | Suite C | 4/8/2014 | 25 | ND | LT20 | 45 | 53 | 135 | 6.5 | N | JTX-4040 |
| 20 | 14-P004 | 45L | Suite C (Skid 200) | 12/1/2014 | 25 | ND | LT20 | 41 | 53 | 118 | 6.4 | N | JTX-4040 |
| 21 | 15-3138 | 45L | Suite C (Skid 200) | 7/2/2015 | 25 | ND | LT20 | 34 | 54 | 116 | 6.2 | N | JTX-4040 |
| 22 | 15-3139 | 45L | Suite C (Skid 200) | 7/2/2015 | 25 | ND | LT20 | 36 | 53 | 114 | 6.4 | N | JTX-4040 |
| 23 | 15-4126 | 45L | Suite C (Skid 200) | 7/2/2015 | 25 | ND | LT20 | 36 | 51 | 115 | 6.5 | N | JTX-4040 |
| 24 | 16-3088 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | 25 | 34 | 53 | 111 | 6.5 | Y | JTX-4040 |
| 25 | 16-3089 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | LT20 | 34 | 54 | 111 | 6.5 | Y | JTX-4040 |
| 26 | 16-3090 | 45L | Suite C (Skid 200) | 6/9/2016 | 25 | ND | LT20 | 36 | 54 | 114 | 6.5 | Y | JTX-4040 |
| 27 | 16-P004 | 45L | Suite C Pooling | 6/15/2016 | 25 | ND | 32 | 36 | 51 | 111 | 6.5 | N | JTX-4040 |
| 28 | 17-3142 | 45L | Suite C (Skid 200) | 7/4/2017 | 25 | ND | LT20 | 29 | 41 | 80 | 6.7 | N | JTX-4040 |
| 29 | 17-4135 | 45L | Suite C (Skid 100) | 7/3/2017 | 25 | ND | LT20 | 36 | 53 | 79 | 6.8 | N | JTX-4040 |
| 30 | 17-4136 | 45L | Suite C (Skid 100) | 7/4/2017 | 25 | ND | LT20 | 36 | 51 | 83 | 6.8 | N | JTX-4040 |
| 31 | 18-3010 | 45L | Suite C (Skid 200) | 2/10/2018 | 25 | LT20 | 29 | 41 | 57 | 107 | 6.5 | N | JTX-4040 |
| 32 | 18-4009 | 45L | Suite C (Skid 100) | 2/9/2018 | 25 | LT20 | 30 | 43 | 58 | 109 | 6.6 | N | JTX-4040 |
| 33 | 18-4010 | 45L | Suite C (Skid 100) | 2/10/2018 | 25 | LT20 | 34 | 46 | 61 | 115 | 6.5 | N | JTX-4040 |

HIGHLY CONFIDENTIAL

DTX-3110

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | pH (external) 6 mo. | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 18-P002 | 45L | Suite C (Skid 100 and 200) | 6/3/2018 | 25 | LT20 | 28 | 40 | 57 | 112 | 6.5 | N | JTX-4040.0050, DTX-2512.23 |
| 35 | 18-P003 | 45L | Suite C (Skid 100 and 200) | 6/4/2020 | 25 | LT20 | 29 | 42 | 59 | 116 | 6.5 | Y | JTX-4040.0051, DTX-2512.23 |
| 36 | 18-P004 | 45L | Suite C (Skid 100 and 200) | 6/5/2020 | 25 | LT20 | 28 | 40 | 56 | 111 | 6.5 | Y | JTX-4040.0052, DTX-2512.23 |
| 37 | 18-P063 | 45L | Suite C (Skid 200) | 11/29/2020 | 25 | LT20 | 28 | 48 | 62 | 127 | 6.5 | Y | JTX-4040.0053 |
| 38 | 18-SS-020 | 45L | Suite C (Skid 200) | 6/24/2018 | 25 | LT20 | LT20 | 40 | 55 | 98 | 6.5 | N | JTX-4051.0017 |
| 39 | 18-SS-021 | 45L | Suite C (Skid 200) | 6/25/2018 | 25 | LT20 | LT20 | 40 | 58 | 110 | 6.5 | N | JTX-4051.0018 |
| 40 | 18-SS-022 | 45L | Suite C (Skid 200) | 6/22/2018 | 25 | LT20 | LT20 | 38 | 51 | 93 | 6.6 | N | JTX-4051.0019 |
| 41 | 18-SS-023 | 45L | Suite C (Skid 200) | 6/23/2018 | 25 | LT20 | LT20 | 46 | 59 | 107 | 6.5 | N | JTX-4051.0020 |
| 42 | 18-SS-024 | 45L | Suite C (Skid 200) | 6/24/2018 | 25 | LT20 | LT20 | 42 | 58 | 100 | 6.5 | N | JTX-4051.0021 |
| 43 | 18-SS-063 | 45L | Suite C (Skid 200) | 10/30/2018 | 25 | ND | LT20 | 42 | 54 | 111 | 6.5 | N | JTX-4051.0022 |
| 44 | 20-3066 | 45L | Suite C (Skid 200) | 3/15/2020 | 25 | ND | 28 | 35 | 52 | 105 | 6.5 | N | JTX-4040.0054, DTX-2529.1 |
| 45 | 20-3067 | 45L | Suite C (Skid 200) | 3/16/2020 | 25 | 28 | 41 | 57 | 75 | 128 | 6.4 | N | JTX-4040.0055, DTX-2529.1 |
| 46 | 20-4076 | 45L | Suite C (Skid 100) | 3/22/2020 | 25 | 27 | 43 | 59 | 70 | 125 | 6.5 | N | JTX-4040.0056, DTX-2529.1 |
| 47 | 20-SS-011 | 45L | Suite C (Skid 100) | 3/23/2020 | 25 | LT20 | 34 | 49 | 65 | 118 | 6.4 | N | JTX-4051.0028, DTX-2372.1, DTX-2525.4, DTX-2524.4 |
| 48 | 18-SS-019 | 45L | Suite C (Skid 200) | 6/23/2018 | 25 | ND | LT20 | 34 | - | - | - | N | JTX-4051.0016 |
| 49 | 18-SS-062 | 45L | Suite C (Skid 200) | 10/31/2018 | 25 | ND | 28 | 35 | 67 | - | - | N | JTX-4051.0023 |
| 50 | 18-SS-063 | 45L | Suite C (Skid 200) | 10/30/2018 | 25 | LT20 | 27 | 40 | - | - | - | N | JTX-4051.0024 |
| 51 | 18-SS-071 | 45L | Suite C (Skid 200) | 11/20/2018 | 25 | - | - | - | - | - | - | N | JTX-4051.0025, DTX-2342.3 |
| 52 | 19 SS 032 | 45L | Suite C (Skid 100) | 7/12/2019 | 25 | LT20 | - | 40 | 54 | 121 | 6.5 | N | JTX-4051.0026, DTX-2343.1, DTX-2524.2, DTX-2522.2 |
| 53 | 19-SS-052 | 45L | Suite C (Skid 200) | 12/22/2019 | 25 | 27 | 40 | 56 | 80 | - | - | N | JTX-4051.0027, DTX-2354.1, DTX-2523.2 |

HIGHLY CONFIDENTIAL

DTX-3110.2

DTX-3110.1-2

DDX-5.113

# Pacira Rarely Tests the Batches it Sells Under Accelerated (25 °C) Stability Conditions



# Pacira's Accelerated (25 °C) Stability Data

Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C)
of 45 L Commercial Exparel before 1/22/21

| Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) | | | | | pH (external) | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | 6 mo. | | |
| 14-4012 | 45L | Suite C (Skid 100) | 10/29/2014 | 25 | ND | 27 | 36 | 61 | 123 | 6.1 | Y | JTX-4049.0025 |
| 14-4013 | 45L | Suite C (Skid 100) | 10/31/2014 | 25 | ND | LT20 | 36 | 58 | 113 | 6.1 | Y | JTX-4049.0026 |
| 14-4015 | 45L | Suite C (Skid 100) | 11/5/2014 | 25 | ND | LT20 | 36 | 58 | 114 | 6.4 | Y | JTX-4049.0027 |
| 14-P004 | 45L | Suite C (Skid 200) | 12/1/2014 | 25 | ND | LT20 | 41 | 53 | 118 | 6.4 | Y | JTX-4049.0028 |
| 16-3088 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | 25 | 35 | 53 | 110 | 6.5 | Y | JTX-4049.0033 |
| 16-3089 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | LT20 | 34 | 54 | 111 | 6.5 | Y | JTX-4049.0032 |
| 16-3090 | 45L | Suite C (Skid 200) | 6/9/2016 | 25 | ND | LT20 | 36 | 54 | 114 | 6.5 | Y | JTX-4049.0034 |
| 18-P003 | 45L | Suite C (Skid 100 and 200) | 6/4/2020 | 25 | LT20 | 29 | 42 | 59 | 116 | 6.5 | Y | JTX-4049.0051 DTX-2512.23 |
| 18-P004 | 45L | Suite C (Skid 100 and 200) | 6/5/2020 | 25 | LT20 | 28 | 40 | 56 | 111 | 6.5 | Y | JTX-4049.0052 DTX-2512.23 |
| 18-P063 | 45L | Suite C (Skid 100) | 11/29/2020 | 25 | LT20 | 28 | 48 | 62 | 127 | 6.5 | Y | JTX-4049.0053 |

DTX-3111

2:21-cv-19829
Defendants' Exhibit
**DTX-3111**

HIGHLY CONFIDENTIAL

DTX-3111.1





# Ms. Los:  No Distinction Between Sold and Unsold



**Kathleen Los**

Q.   So, Ms. Los, you'd expect that batches manufactured at a particular location on a particular skid, according to the 45-liter commercial process, are as a general matter representative of the commercial product manufactured on those skids; right?

A.   **Yeah, I believe so. I'm sure – there is some scatter around some of the measurements, but any – any batch or series of batches should be representative of the – of the process as a whole.**

JTX-4289.40 (Los Tr. 184:24-185:4, 185:6-9)

# Pacira's Representations to FDA

JTX-4187.4

### 1.3.2. Accelerated Storage Conditions (25±2°C)

The stability profile of 20 mL EXPAREL registration lots manufactured using the 200 L bulk manufacturing process is comparable to other EXPAREL lots on the stability program manufactured at the 45 L scale.

At accelerated storage conditions (25±2°C) no significant change in total bupivacaine and bupivacaine related substances was observed at any time point.

The observed increase in % free bupivacaine, the associated small reduction in packed particles volume (PPV), and the increase in erucic acid are consistent with EXPAREL lots on the stability program manufactured at the 45 L scale over 6 months.

A small decrease in pH values was observed over 6 months but they were within the expected range and associated with the slight increase in percentage of free bupivacaine. The trend is consistent with other EXPAREL lots placed on the stability program at accelerated storage conditions (25±2°C).

An increase in particle size distribution at $d_{90}$ was observed at 6 months for all registration lots. The trend is consistent with other EXPAREL lots placed on the stability program at accelerated storage conditions (25±2°C).

For in-vitro release, all registration lots were slightly above the range 60 – 85% at 48 hours. The trend is consistent with other EXPAREL lots placed on the stability program at accelerated storage conditions (25±2°C).

DDX-5.119

# Pacira's Proposed Findings of Fact

201.   Four of these non-prior art batches (18-SS-020, 18-SS-021, 18-SS-022, 18-SS-024) are European PPQ batches that contained an additional manufacturing step, were removed from the U.S. stability program, and thus could not be sold. (Day 4 at 523:15-21, 526:13-527:7 (Schwendeman); PTX-492.)

202.   Three of these non-prior art batches (13-2204, 13-2205, 13-2206) are registration lots that were made at a time when the FDA had not yet approved or qualified the manufacturing line. (Day 4 at 527:17-528:20 (Schwendeman); PTX-492.)

Defendants.

PACIRA PHARMACEUTICALS, INC. AND PACIRA BIOSCIENCES,
INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING VALIDITY AND ENFORCEABILITY
OF THE ASSERTED PATENT

203.   Five of these non-prior art batches (037188, 037190, 037191, 037192, 037193) are registration stability lots that were similarly made at a time when the FDA had not yet approved or qualified the manufacturing line. (Day 4 at 528:21-529:8 (Schwendeman); PTX-492.)

204.   The final non-prior art batch (126837) is a bioequivalence lot that was also made at a time when the FDA had not yet approved or qualified the manufacturing line. (Day 4 at 529:9-13 (Schwendeman); PTX-492.)

D.I. 369-1, ¶¶ 201-04 (Plaintiffs' Proposed Findings of Fact and Conclusions of Law Regarding Invalidity and Enforceability of the Asserted Patent)

DDX-5.120

# Dr. Klibanov: Patent Averages Sold and Unsold Batches



**Dr. Alexander Klibanov**

Q.   Well, you understand that the patent reports averages for 2-, 3-, and 6- month results for the 45-liter batches, correct?

**A.   That's right.**

Q.   And those averages include results for batches that were sold and batches that were not sold, right?

**A.   Correct.**

Q.   And so in the patent, someone was comfortable averaging together batches that were sold and batches that weren't sold, right?

**A.   Again, I don't know how comfortable that person was, but that's the end result of it.**

Tr. 763:19-764:4 (Klibanov)

DDX-5.121

# Ms. Los:  No Distinction Between Sold and Unsold



**Kathleen Los**



Q.   All right. The 45-liter batches in this chart, Ms. Los, were any of those commercial batches?

**A.   I don't know the nature of those batches.**

Q.   Did it matter, for the purposes of your comparison, whether they were commercial batches?

**A.   No. At that time, it did not.**

Q.   Why not –

**A.   That wasn't one of our considerations.**

Q.   Why not?

**A.   We were working with the stability data that we were provided from regulatory, and we didn't discriminate between them.**

Q.   Do you think that the batches that you used are representative of what the values would be for commercial batches?

**A.   Yes, I do. I have no reason to think they wouldn't be.**

JTX-4289.23-24 (Los Tr. 124:25-125:15, 125:17-18)

DDX-5.122

# Pacira Relies on Jiangsu Hengrui's Unapproved and Unsold Batch for Infringement

**Table 3.2.P.8.3.2–3.**   Test Results for Accelerated Stability Study (Batch 210425BM) at 25°C ± 2°C/60% RH ± 5% RH, Upright

| Drug Product Name/ strength | Bupivacaine Liposome Injectable Suspension (strength: *133 mg/10 mL (13.3 mg/mL)*) | Protocol No. | DP-P08-Y04-17026 03 |
|---|---|---|---|
| Container closure system | Same as the package intended for marketing | Start time | Apr. 26th, 2021 |
| Manufacture date | Apr. 25th, 2021 | Storage condition | 25°C ± 2°C/60%RH±5% RH |
| Batch number/batch size (Actual output) | 210425BM/6808 vials | Placement method | Upright |

| Sampling time (pulling out date) | | N/A | May. 27th, 2021 | Jun. 29th, 2021 | Jul. 28th,2021 | Oct. 26th,2021 |
|---|---|---|---|---|---|---|
| Tests | Acceptance Criteria | Initial | 1M | 2M | 3M | 6M |
| | | | *<br>*<br>* | | | |
| Erucic Acid | NMT 250 µg/mL. | ND | <64 µg/mL (23 µg/mL) [5] | <64 µg/mL (46 µg/mL) | <64 µg/mL (63 µg/mL) | 88 µg/mL |

JTX-4029.50-51

5: 64 µg/mL is the LOQ of erucic acid;

DDX-5.123

# All Batches Tested from Swindon Meet Claim 7

**Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C)**
**of 45 L Exparel before 1/22/21**

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | 0 mo. | Erucic Acid (µg/mL) | | | | pH (external) | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 mo. | 2 mo. | 3 mo. | 6 mo. | 6 mo. | | |
| 1 | 037188 | 45L | Skid 300 at Patheon | 4/13/2017 | 25 | ND | 23 | 35 | 46 | 90 | 6.7 | N | JTX-4049.0037 |
| 2 | 037189 | 45L | Skid 300 at Patheon | 4/19/2017 | 25 | ND | 25 | 35 | 46 | 89 | 6.8 | N | JTX-4049.0038 |
| 3 | 037190 | 45L | Skid 300 at Patheon | 4/21/2017 | 25 | ND | LT20 | 33 | 45 | 83 | 6.8 | N | JTX-4049.0039 |
| 4 | 037191 | 45L | Skid 400 at Patheon | 5/9/2017 | 25 | ND | ND | 35 | 44 | 80 | 6.9 | N | JTX-4049.0040 |
| 5 | 037192 | 45L | Skid 400 at Patheon | 5/11/2017 | 25 | ND | ND | 35 | 43 | 80 | 6.9 | N | JTX-4049.0041 |
| 6 | 037193 | 45L | Skid 400 at Patheon | 5/15/2017 | 25 | ND | ND | 35 | 42 | 78 | 6.9 | N | JTX-4049.0042 |
| 7 | 047903 | 45L | Skid 300 and 400 at Patheon | 5/17/2017 | 25 | ND | 25 | 34 | 43 | 79 | 6.8 | N | JTX-4049.0043 DTX-2512.20 |
| 8 | 126837 | 45L | Skid 300 at Patheon | 12/14/2016 | 25 | ND | LT20 | 35 | 41 | 102 | 6.6 | N | JTX-4049.0036 DTX-2519.1 |

DTX-3110.1 ; *see* DTX-2465.5, 7, 9, 11, 13, 15, 17, 19

# Claim Construction of "Commercial Scale"

| Disputed Term | Adopted Construction |
|---|---|
| **"commercial scale"**<br><br>'495 patent, claims 1-22 | "a scale of manufacturing for production of a commercial product" |
| **"prepared by a commercial scale process"**<br><br>'495 patent, claims 1-22 | "prepared by a commercial scale process" is a not a product-by-process limitation |

D.I. 187 at 17, 20

DDX-5.125

# '495 Patent, Claim 1

What is claimed is:

**1**. A composition of bupivacaine encapsulated multive-sicular liposomes (MVLs) prepared by a commercial scale process, the commercial scale process comprising:

(a) mixing a first aqueous solution comprising phosphoric acid with a volatile water-immiscible solvent solution to form a water-in-oil first emulsion, wherein the volatile water-immiscible solvent solution comprises bupivacaine, 1, 2-dierucoylphosphatidylcholine (DEPC), 1, 2-dipalmitoyl-sn-glycero-3 phospho-rac-(1-glycerol) (DPPG), and at least one neutral lipid;

(b) mixing the water-in-oil first emulsion with a second aqueous solution to form a water-in-oil-in-water second emulsion, wherein the second aqueous solution comprises lysine and dextrose;

(c) removing the volatile water-immiscible solvent from the water-in-oil-in-water second emulsion to form a first aqueous suspension of bupivacaine encapsulated MVLs having a first volume;

(d) reducing the first volume of the first aqueous suspension of bupivacaine encapsulated MVLs by microfiltration to provide a second aqueous suspension of bupivacaine encapsulated MVLs having a second volume;

(e) exchanging the aqueous supernatant of the second aqueous suspension with a saline solution by diafiltration to provide a third aqueous suspension of bupivacaine encapsulated MVLs having a third volume; and

(f) further reducing the third volume of the third aqueous suspension by microfiltration to provide a final aqueous suspension of bupivacaine encapsulated MVLs having a target concentration from about 12.6 mg/mL to about 17.0 mg/mL;

wherein all steps are carried out under aseptic conditions; and

wherein the erucic acid concentration in the composition is about 23 μg/mL or less after the composition is stored at 25° C. for one month.

JTX-4121.20-21, claim 1

# '495 Patent, Claim 1

What is claimed is:

**1**. A composition of bupivacaine encapsulated multivesicular liposomes (MVLs) prepared by a commercial scale process, the commercial scale process comprising:

(a) mixing a first aqueous solution comprising phosphoric acid with a volatile water-immiscible solvent solution to form a water-in-oil first emulsion, wherein the volatile water-immiscible solvent solution comprises bupivacaine, 1, 2-dierucoylphosphatidylcholine (DEPC), 1, 2-dipalmitoyl-sn-glycero-3 phospho-rac-(1-glycerol) (DPPG), and at least one neutral lipid;

(b) mixing the water-in-oil first emulsion with a second aqueous solution to form a water-in-oil-in-water second emulsion, wherein the second aqueous solution comprises lysine and dextrose;

(c) removing the volatile water-immiscible solvent from the water-in-oil-in-water second emulsion to form a first aqueous suspension of bupivacaine encapsulated MVLs having a first volume;

(d) reducing the first volume of the first aqueous suspension of bupivacaine encapsulated MVLs by microfiltration to provide a second aqueous suspension of bupivacaine encapsulated MVLs having a second volume;

(e) exchanging the aqueous supernatant of the second aqueous suspension with a saline solution by diafiltration to provide a third aqueous suspension of bupivacaine encapsulated MVLs having a third volume; and

(f) further reducing the third volume of the third aqueous suspension by microfiltration to provide a final aqueous suspension of bupivacaine encapsulated MVLs having a target concentration from about 12.6 mg/mL to about 17.0 mg/mL;

wherein all steps are carried out under aseptic conditions; and

wherein the erucic acid concentration in the composition is about 23 μg/mL or less after the composition is stored at 25° C. for one month.

JTX-4121.20-21, claim 1

DDX-5.127

# *Amgen v. Hoffman-La Roche* Applies Only to Product-by-Process Limitations



"To prove invalidity, Roche had to show that recombinant EPO was the same as urinary EPO, even though urinary EPO was not made recombinantly.   The court concluded that Roche did not meet its burden because urinary EPO and recombinant EPO were structurally and functionally different.   Those structural and functional differences are not explicitly part of the claim, yet are relevant as evidence of no anticipation because of the source limitation."

*Amgen Inc. v. F. Hoffman–La Roche Ltd.*, 580 F.3d 1340, 1370 (Fed. Cir. 2009)

DDX-5.128

# *Amgen v. Hoffman-La Roche* Requires Evidence of Structural and Functional Differences



> "Amgen points out that, at trial, expert testimony, experimental data, and publications demonstrated differences in structure and functions between urinary EPO and recombinant EPO."

*Amgen*, 580 F.3d at 1366

# Dr. Klibanov: No Evidence of "Structural or Functional" Differences



**Dr. Alexander Klibanov**

Q.   You didn't do any investigation of whether there were improved structural or functional features when you compared batches made at 45 liters with batches made at 200 liters, right?

**A.   No, because I didn't need to.**

Q.   Right. You just relied on what the Court wrote in the claim construction decision and what was said in the prosecution history, right?

**A.   And what the patent specification says.**

Q.   Right. So you relied on the patent, the prosecution history, and the Court's opinion, right?

**A.   That's correct.**

Tr. 786:5-16 (Klibanov)

DDX-5.130

# **Obviousness**

# Sold Batches of 45-L EXPAREL

**Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C) of 45 L Commercial Exparel before 1/22/21**

| Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) | | | | | pH (external) | Commercially Sold | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | 6 mo. | | |
| 14-4012 | 45L | Suite C (Skid 100) | 10/29/2014 | 25 | ND | 27 | 36 | 61 | 123 | 6.1 | Y | JTX-4049.0025 |
| 14-4013 | 45L | Suite C (Skid 100) | 10/31/2014 | 25 | ND | LT20 | 36 | 58 | 113 | 6.1 | Y | JTX-4049.0026 |
| 14-4015 | 45L | Suite C (Skid 100) | 11/5/2014 | 25 | ND | LT20 | 36 | 58 | 114 | 6.4 | Y | JTX-4049.0027 |
| 14-P004 | 45L | Suite C (Skid 200) | 12/1/2014 | 25 | ND | LT20 | 41 | 53 | 118 | 6.4 | Y | JTX-4049.0028 |
| 16-3088 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | 25 | 35 | 53 | 110 | 6.5 | Y | JTX-4049.0033 |
| 16-3089 | 45L | Suite C (Skid 200) | 6/8/2016 | 25 | ND | LT20 | 34 | 54 | 111 | 6.5 | Y | JTX-4049.0032 |
| 16-3090 | 45L | Suite C (Skid 200) | 6/9/2016 | 25 | ND | LT20 | 36 | 54 | 114 | 6.5 | Y | JTX-4049.0034 |
| 18-P003 | 45L | Suite C (Skid 100 and 200) | 6/4/2020 | 25 | LT20 | 29 | 42 | 59 | 116 | 6.5 | Y | JTX-4049.0051 DTX-2512.23 |
| 18-P004 | 45L | Suite C (Skid 100 and 200) | 6/5/2020 | 25 | LT20 | 28 | 40 | 56 | 111 | 6.5 | Y | JTX-4049.0052 DTX-2512.23 |
| 18-P063 | 45L | Suite C (Skid 100) | 11/29/2020 | 25 | LT20 | 28 | 48 | 62 | 127 | 6.5 | Y | JTX-4049.0053 |

**1-Month Range: LT20–29 µg/mL**

**6-Month Range: 110–127 µg/mL**

DTX-3111.1

HIGHLY CONFIDENTIAL                   DTX-3111.1

DDX-5.132

# Obvious When Range Is Close or Overlaps



"In cases involving overlapping ranges, we and our predecessor court have consistently held that even a slight overlap in range establishes a *prima facie* case of obviousness….  We have also held that a *prima facie* case of obviousness exists when the claimed range and the prior art range do not overlap but are close enough such that one skilled in the art would have expected them to have the same properties."

*In re Peterson*, 315 F.3d 1325, 1329 (Fed. Cir. 2003)

"Because the difference between 1:7.1 and 1:10 is so slight, [prior art reference] creates a *prima facie* case of obviousness with regard to claim 6…. [Plaintiff] can rebut the *prima facie* case if it can show that the prior art teaches away from the claimed range, or the claimed range produces new and unexpected results over the prior art range."

*Ortho-McNeil Pharm., Inc. v. Teva Pharm. Industries, Ltd.*, 344 F. App'x 595, 600 (Fed. Cir. 2009)

# Dr. Schwendeman: Claimed Range and Prior Art Have "Same Properties"



**Dr. Anna Schwendeman**

Q.   And let's look then at the six-month result. What's the range in the sold batches for the erucic acid after six months of storage at 25 degrees C in the sold batches?

**A.   It goes from 110 to 127.**

Q.   Does that overlap with the claimed range of 99 and below?

**A.   For sold batches, it doesn't overlap but it's very close to 90 – to about 99, so...**

Q.   Would a person of ordinary skill in the art expect that batches after six months of storage at 25 degrees C with 99 micrograms per milliliter of erucic acid would have the same or similar properties as ones with 110 to 115 micrograms per milliliter?

**A.   Yes, I expect them to be – have the same properties.**

Tr. 453:17-454:4 (Schwendeman)

DDX-5.134

# Dr. Klibanov: Did Not Consider If Claimed Range and Prior Art Had A "Meaningful Difference"



**Dr. Alexander Klibanov**

Q. And so the difference between a prior art batch at six months and the claims is 11 micrograms per milliliter, right?

**A. That's correct.**

Q. And you don't know whether 11 micrograms per milliliter is a meaningful difference or not, right?

**A. I have not specifically considered that issue. I think it would be, but again, I have not specifically considered that issue.**

Q. Oh, now you think it would be meaningful?

**A. It certainly may be meaningful, yes, but I haven't considered it.**

Tr. 793:1-12 (Klibanov)

DDX-5.135

# Pacira Described This Difference as "Small"

Small changes in three product attributes were noted. There was a small decrease in pH by approximately 0.4–0.5 units, the erucic acid concentration increased steadily over 18 months at 5±3°C from 74.6–89.5 µg/mL to 118.2–130.3 µg/mL, and lyso-DEPC also steadily increased from below LOD (12.5 µg/mL) to 46.2 – 53.8 µg/mL. Both lyso-DEPC and erucic acid are the equimolar hydrolytic degradation products of DEPC, a major lipid component of SKY0402. However, lyso-DEPC may further undergo hydrolysis to form erucic acid and glycero-3-phosphocholine. Increases in erucic acid by 30–45 µg/mL after 18 months of storage at refrigerated conditions in stability studies corresponds to about 1.0-1.5% of DEPC hydrolysis, while an increase in lyso-DEPC corresponds to 1% or less of DEPC degradation. Since the formation of erucic acid could be due to degradation of DEPC, or a combination of DEPC and lyso-DEPC degradation, erucic acid is the best indicator of the degree of DEPC hydrolysis.

JTX 4159.8

DDX-5.136

# Dr. Schwendeman: "No Difference" in Shelf-life



**Dr. Anna Schwendeman**

Q.   First, is there any difference in the shelf life for the Exparel product made at 45 liters and 200 liters?

**A.   No difference, is two years.**

Q.   And as you understand it, Dr. Schwendeman, are doctors or patients told which batch – which process is used when they get a batch?

**A.   They don't. When I buy vials at the University of Michigan hospital pharmacy for my research, I do not know if it's 45-liter or 200-liter.**

Tr. 454:6-14 (Schwendeman)

DDX-5.137

# Dr. Schwendeman: 6 Months at 25 °C Is Irrelevant



**Dr. Anna Schwendeman**

Q.     Can you just read the second paragraph into the record?

A.     **Yeah. "Data presented in the NDA 22-496 in the Section 3.2.P.8.3 demonstrated the two key product attributes: Percent of free bupivacaine and erucic acid are important from the thermal stability perspective with erucic acid being shelf life limiting. Both attributes follow Arrhenius correlation, and three-month data at 25 degrees for erucic acid would be predictive of overall product stability over two years at refrigeration."**

Q.     Can you explain what that means?

A.     **Meaning that whatever the data for erucic acid would be up to three months' storage of the accelerated 25 degree would be predictive of two-month – two-year stability in refrigeration. Very similar.**

Q.     What does that mean for six-month data at 25 degrees C? Does that correlate with the actual shelf life of the product?

A.     **Six months' data usually has much more erucic acid. It does not correlate with the shelf life.**

Tr. 455:7-25 (Schwendeman)

DDX-5.138

# No Difference in Product Performance

### 6.9.   Erucic Acid

Erucic acid is selected as a marker for monitoring degradation of DEPC and other lipids in SKY0402.  The specification of erucic acid is NMT 310 µg/mL (or 10.0% nominal DEPC content assuming hydrolysis of one acyl chain) and NMT 155 µg/mL (or 5.0% nominal DEPC) at time of release.  DEPC is the major phospholipid excipient in the formulation, and is prone to hydrolysis to erucic acid and lyso-DEPC.  Lyso-DEPC may further undergo hydrolysis to form erucic acid and glycero-3-phosphocholine.  Therefore, monitoring of erucic acid represents a better and more robust indicator of DEPC degradation.

In stability studies (Section 3.2.P.8.3.3.2), erucic acid has been observed at levels up to approximately 310 µg/mL at the 24-month time point (10% degradation expressed as percent of nominal DEPC equivalent) in some earlier batches of SKY0402 (05-2502, 05-2503, 06-2502 and 06-2503).  This level of erucic acid was observed to have no affect on the in vitro release of SKY0402.  Studies performed with aged liposome dispersions containing lysolipids as products of hydrolytic decomposition of constituent phospholipids indicate that up to 15 % degradation of phospholipid to its respective fatty acid moiety and lysophospholipid does not significantly alter the bilayer permeability[1].  In addition, the PK of the SKY0402 lot 06-2503 with approximately 310 µg/mL of erucic acid was evaluated in a Phase 1 clinical study along with low erucic acid content lots (44 – 55 µg/mL) (See Section 2.7.4.1.1.1, SKY0402–C-108).  All lots showed comparable pharmacokinetic profiles, demonstrating that product with erucic acid values up to 310 µg/mL will maintain product performance.

Based on this, a specification of NMT 310 µg/mL erucic acid in SKY0402 is justified.  The initial release specification limit of NMT 155 µg/mL erucic acid (5% nominal DEPC degradation) is also proposed.

---

3.2.P.5. Control of Drug Product [bupivacaine, extended-release liposome injection]

**6.   JUSTIFICATION OF SPECIFICATIONS [BUPIVACAINE EXTENDED-RELEASE LIPOSOME INJECTION]**

Specifications have been set based on general industry/compendial standards and/or production experience during product development.  In the latter case, the conventional mean of the data ±3 SD approach was utilized, using the data generated from the fourteen bulk lots included in the Batch Summary Table in Section 3.2.P.5.4.  These fourteen include the lots manufactured at 25-L scale (eleven lots that were filled as fifteen sublots) and 45-L scale (three lots, including one pooled batch lot).

**6.1.   Total Bupivacaine**

The specification of 90.0–110.0% of label claim, is consistent with normal industry practice.  It is also consistent with the ±3 SD limits from analysis of the Batch Summary Table data.  There is no apparent decrease of total bupivacaine seen in product stability studies (Section 3.2.P.8.3).

**6.2.   Free Bupivacaine**

Specification proposed with original application:

The specification of NMT 10.0% free bupivacaine (not more than 5.0% at time of release) is an indicator of the proper encapsulation of drug and the integrity of the multivesicular liposomes.  Ten percent free bupivacaine would only result in 53 mg unencapsulated bupivacaine (base) in a maximum proposed label SKY0402 dose of 533 mg, which is considerably less than the maximum dose of 155 mg for approved bupivacaine products.  The initial release specification range of % free bupivacaine was determined by the conventional ±3 SD approach, where SD is derived from the production experience outlined in the Batch Summary Table (mean ±3 SD was 2.8 ± 1.2).  The higher shelf life specification compared to initial release specification is to accommodate slight increases in free bupivacaine content that occur during proposed product storage conditions (which include storage for up to 1 month at controlled room temperature) and during product shipping.

Current specification (amended with sequence 0036):

In response to FDA's request to tighten this specification, the originally proposed specification for percent free bupivacaine was revised to NMT 8.0%; however, the percent free bupivacaine specification at time of release remained unchanged, NMT 5.0%.  A justification for the revised specification was provided to FDA in response to an FDA Information Request received during FDA's review of the original application (please see Sequence 0036 for additional details).

**6.3.   Packed Particle Volume (PPV)**

The proposed specification for % Packed Particle Volume is 32 – 44%.  The specification range has been established by the conventional ±3 SD approach, where SD is derived from the production experience using historical data from the Batch Summary Table in 3.2.P.5.4.

Pacira Pharmaceuticals, Inc.                    1                    Confidential

HIGHLY CONFIDENTIAL

JTX-4264.0001

Joint Trial Exhibit
JTX-4264

PAC-EX

JTX-4264.5

DDX-5.139

# Small Percentages Are Differences in Degree



"Results which differ by percentages are differences in degree rather than kind, where the modification of the percentage is within the capabilities of one skilled in the art at the time…. Thus, where an unexpected increase in efficacy is measured by a small percentage, as here, and the evidence indicates that skilled artisans were capable of adjusting the percentage, the result constitutes a difference in degree, not kind…. Accordingly, the comparable tolerability of 0.1% and 0.3% adapalene does not indicate that the asserted claims are non-obvious."

*Galderma Labs., L.P. v. Tolmar, Inc.*, 737 F.3d 731, 739 (Fed. Cir. 2013)

DDX-5.140



# 45-L and 200-L Batches – Erucic Acid Concentration after Six Months at 25 °C

DTX-3110.1-2; DTX-3114

DDX-5.141

# Business-Driven Market Forces Are Not "Long-Felt Need"



"But none of [patentee's] evidence suggested that [patentee's] approach presented any technical challenge to one of ordinary skill in the art once market forces had created a demand for integrated, streaming media services…. [Patentee] may have predicted a business trend that would have proved profitable had its commercial embodiments remained competitive in the marketplace. That, however, is not a sufficient basis to overcome the strong prima facie showing of obviousness that was made in this case."

*Friskit, Inc. v. Real Networks, Inc.*, 306 F. App'x 610, 617-18 (Fed. Cir. 2009)

# Blocking Patents Undermine Long-Felt Unmet Need



"As to long-felt but unmet need, the district court discounted its finding of such need in light of the evidence of blocking by the Elan patent. We see no clear error. While not dispositive, the evidence of blocking we have discussed is pertinent, in this case, to the factual question of long-felt but unmet need…."

*Acorda Therapeutics, Inc. v. Roxane Laboratories, Inc.*, 903 F.3d 1310, 1342 (Fed. Cir. 2018)
(internal citations omitted)

"[I]f all other variables are held constant, a blocking patent diminishes possible rewards from a non-owner's or non-licensee's investment activity aimed at an invention whose commercial exploitation would be infringing, therefore reducing incentives for innovations in the blocked space by non-owners and non-licensees of the blocking patent. Such a blocking patent therefore can be evidence that can discount the significance of evidence that nobody but the blocking patent's owners or licensees arrived at, developed, and marketed the invention covered by the later patent at issue in litigation."

*Id.* at 1339

DDX-5.143

# The '838 Patent Was a Blocking Patent



41ST EDITION - 2021 - APPROVED DRUG PRODUCT LIST          ADA 41 of 297

**PRESCRIPTION AND OTC DRUG PRODUCT PATENT AND EXCLUSIVITY LIST**

| APPL/PROD NO | PATENT NO | PATENT EXPIRATION DATE | PATENT CODES | PATENT DELIST REQUESTED | EXCLUSIVITY CODE(S) | EXCLUSIVITY EXPIRATION DATE |
|---|---|---|---|---|---|---|
| | | *** | | | | |
| BUPIVACAINE - EXPAREL | | | | | | |
| N 022496  001  9585838 | | Dec 24, 2021 | DP | | I-771 | Apr 06, 2021 |
| BUPIVACAINE - EXPAREL | | | | | | |
| N 022496  002  9585838 | | Dec 24, 2021 | DP | | I-771 | Apr 06, 2021 |

DTX-2019.1262

DDX-5.144

# Non-Enablement

# Asserted Claim 7 of the '495 Patent

What is claimed is:

**1.** A composition of bupivacaine encapsulated multive-sicular liposomes (MVLs) prepared by a commercial scale process, the commercial scale process comprising:

(a) mixing a first aqueous solution comprising phosphoric acid with a volatile water-immiscible solvent solution to form a water-in-oil first emulsion, wherein the vola-tile water-immiscible solvent solution comprises bupi-vacaine, 1, 2-dierucoylphosphatidylcholine (DEPC), 1, 2-dipalmitoyl-sn-glycero-3   phospho-rac-(1-glycerol) (DPPG), and at least one neutral lipid;

(b) mixing the water-in-oil first emulsion with a second aqueous solution to form a water-in-oil-in-water second emulsion, wherein the second aqueous solution com-prises lysine and dextrose;

(c) removing the volatile water-immiscible solvent from the water-in-oil-in-water second emulsion to form a first aqueous suspension of bupivacaine encapsulated MVLs having a first volume;

(d) reducing the first volume of the first aqueous suspen-sion of bupivacaine encapsulated MVLs by microfil-tration to provide a second aqueous suspension of bupivacaine encapsulated MVLs having a second vol-ume;

(e) exchanging the aqueous supernatant of the second aqueous suspension with a saline solution by diafiltra-tion to provide a third aqueous suspension of bupiv-acaine encapsulated MVLs having a third volume; and

(f) further reducing the third volume of the third aqueous suspension by microfiltration to provide a final aqueous suspension of bupivacaine encapsulated MVLs having a target concentration from about 12.6 mg/mL to about 17.0 mg/mL;

wherein all steps are carried out under aseptic conditions; and

wherein the erucic acid concentration in the composition is about 23 μg/mL or less after the composition is stored at 25° C. for one month.

\* \* \*

**7.** The composition of claim **1**, wherein the erucic acid concentration in the composition is about 99 μg/mL or less after the composition is stored at 25° C. for six months.

JTX-4121.20-21, claims 1, 7

DDX-5.146

# Pacira Knew How to Claim a 200-L Process



**18.** The composition of claim 1, prepared by a commercial process having a final product volume of about 200 L to about 225 L.

JTX-4130.23 ('494 Patent), claim 18

DDX-5.147

# Manufacturing MVLs Is "Very Complex"

"[T]he manufacturing process required to form the MVLs that comprise EXPAREL® is very complex and involves multiple emulsion steps that must be performed under precisely controlled conditions."

Tr. 584:25-585:17 (Yaman) (reading Pacira's interrogatory response)

DDX-5.148

# Scaling Up MVLs Is Complex and Unpredictable



**Dr. Alexander Klibanov**

Q.   Dr. Klibanov, scaling up is far from straightforward in your view, right?

**A:   That's correct.**

Q:   It's not nearly as simple as just using more raw materials and bigger equipment?

**A:   That's right.**

Q:   Because processes often behave differently at different scales, right?

**A:   That's correct as well.**

Tr. 802:16-26 (Klibanov)

DDX-5.149

# Dr. Grisby (Named Inventor): Pacira Still Unable to Practice Its Own Claims



**Dr. John Grigsby**



Tr. 178:24-179:9 (Grigsby)

Q.   Since then, has Pacira made more batches using the 200-liter process?

**A.   Yes, we have.**

Q.   Have all of those batches had an erucic acid level of 99 micrograms or less at six months under accelerated conditions?

**A.   Well, not every batch is tested at accelerated conditions, but we did make additional ones, some did, some did not.**

Q.   Do you want every batch to have a 99 micrograms or less of erucic acid at six months under accelerated conditions?

**A.   Yes, we do.**

DTX3.150

# Pacira's 200-L Batches Do Not Meet Claim 7

**Erucic Acid Concentration & pH in Accelerated Stability Testing (25°C) of 200 L Exparel**

| Row | Batch | Batch Size | Mfr Site | Batch Mfr Date | Temp. (°C) | Erucic Acid (µg/mL) | | | | | pH (external) | Exhibit #(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 0 mo. | 1 mo. | 2 mo. | 3 mo. | 6 mo. | 6 mo. | |
| 1 | 129855 | 200L | Suite SWC2B (Skid 500) in Swindon | 3/16/2020 | 25 | ND | 22 | 36 | 54 | 99 | 6.5 | JTX-4075.0001<br>DTX-2374.1<br>DTX-2535.3 |
| 2 | 129856 | 200L | Suite SWC2B (Skid 500) in Swindon | 3/23/2020 | 25 | ND | 23 | 38 | 51 | 96 | 6.5 | JTX-4075.0002<br>DTX-2368.1<br>DTX-2535.3 |
| 3 | 129860 | 200L | Suite SWC2B (Skid 500) in Swindon | 3/31/2020 | 25 | ND | 23 | 38 | 54 | 98 | 6.5 | JTX-4075.0003<br>DTX-2346.1<br>DTX-2535.3 |
| 4 | 120862 | 200L | Suite SWC2B (Skid 500) in Swindon | 1/29/2021 | 25 | ND | LT20 | 33 | 45 | 92 | 6.4 | DTX-2336.19<br>DTX-2373.1<br>DTX-2531.8 |
| 5 | 120863 | 200L | Suite SWC2B (Skid 500) in Swindon | 2/1/2021 | 25 | 23 | 34 ✖ | 42 | 60 | 115 ✖ | 6.4 | DTX-2336.21<br>DTX-2360.1<br>DTX-2531.2 |
| 6 | 120864 | 200L | Suite SWC2B (Skid 500) in Swindon | 2/4/2021 | 25 | LT20 | 28 ✖ | 37 | 51 | 108 ✖ | 6.4 | DTX-2336.23<br>DTX-2367.1<br>DTX-2531.2 |
| 7 | 21-2001 | 200L | Suite SWC2B (Skid 500) in Swindon | 7/26/2021 | 25 | 27 | 37 ✖ | 53 | 71 | 133 ✖ | 6.2 | DTX-2551.1<br>JTX-4125.0001<br>DTX-2533.2 |
| 8 | 21-2002 | 200L | Suite SWC2B (Skid 500) in Swindon | 7/29/2021 | 25 | 28 | 35 ✖ | 51 | 68 | 128 ✖ | 6.2 | DTX-2552.1<br>DTX-2344.1<br>DTX-2336.26<br>DTX-2533.2 |
| 9 | 21-2003 | 200L | Suite SWC2B (Skid 500) in Swindon | 7/27/2021 | 25 | LT20 | 26 ✖ | 37 | 52 | 106 ✖ | 6.3 | DTX-2553.1<br>JTX-4256.0001<br>DTX-2336.25<br>DTX-2533.2 |

DTX-3114

DDX-5.151

# Pacira's Lysine and Internal pH Theory



JTX-4121.20

It was observed that the total suspensions and bupivacaine MVL particles prepared by the present process contained approximately 17% and 13% more dextrose, respectively, than those samples prepared by the existing commercial process. In addition, the lysine concentration was 8% and 29% more in those samples prepared by the present process. In addition, the internal and external pH of the bupivacaine MVL compositions were also measured. The higher internal pH of the bupivacaine MVL particles prepared by the present process may be attributable to the higher lysine concentration inside the MVL particles. As discussed above, the slight increase in MVL internal pH may also contribute to the stability of the lipid membranes.

# Pacira's "Explanation" for Improved Stability



# Exemplary Undisclosed Emulsion Mixing Parameters



**Parameters Mentioned**

- Blade diameter
- Mixing speed
- Mixing temperature
- Mixing time

**TANK GEOMETRY**

**MIXER TYPE**

**LIQUID HEIGHT**

**VOLUME**

**BLADE HEIGHT & POSITION**

Yaman Demonstrative, DTX-3.11

DDX-5.154

# Mr. Hall (Named Inventor): Undisclosed Parameters Will Impact Mixing Performance



**Gregory Hall**



Tr. 121:7-9, 21-23
122:6-12 (Hall)

Q:   Okay.  The type of mixer that's used will impact the mixing performance, correct?

**A:   That is true.**

\* \* \*

Q:   And the mixing parameters will impact the size of those liposome particles, right?

**A:   They will.**

\* \* \*

Q:   [F]or the emulsion steps, a different blade diameter could potentially require a different mixing time speed?

**A:   That's right.**

Q:   And so the vessel geometry will also impact the mixing performance, right?

**A:   Likely, yes.**

DDX-5.155

# Pacira's Experimentation



3.2.P.2. Pharmaceutical Development [bupivacaine, liposome injectable suspension]
Swindon 200L

TABLE OF CONTENTS

3.    MANUFACTURING PROCESS DEVELOPMENT [EXPAREL,
      BUPIVACAINE, LIPOSOME INJECTABLE SUSPENSION]......................4
3.1.  Comparison of Suite SWC2 (45 L) and SWC2B (200 L) Processing
      Equipment.........................................................5
3.2.  Process Development of the Suite SWC2B (200 L) Process Skid ........8

**Table 1:    Comparison of Vessels for the Suite SWC2 (45 L) and Suite SWC2B (200 L) Process Skids**

| Vessel | Suite SWC2 (45 L) | Suite SWC2B (200 L) |
|---|---|---|
| * * * | | |
| **Emulsification Vessel (both first and second emulsion)** | **V11** Capacity: 200 L Internal Diameter: 24" Shell Wall Height: 26" Jacketed, 2 Baffles, Vortex Breaker Scott Turbine High Shear Mixer Single 7" Cowles blade | **V11** Capacity: 1000 L Internal Diameter: 42" Shell Wall Height: 45" Jacketed, 2 Baffles, 2 Vortex Breaker 2 Scott Turbine High Shear Mixers 11" and 14" Cowles blades |

Pacira Pharmaceuticals, Inc.              1                    Confidential

HIGHLY CONFIDENTIAL

Joint Trial Exhibit
JTX-4188
2:A-No. 2:21-cv-19829-MCA-JRA

PAC-EXPAREL00795510

JTX-4188.0001

JTX-4188.7, 23

**Table 11:    Summary of Processing Parameters for 200 L Skid 500**

| Unit Operation | Parameter | | 200 L Registration Set Points | 200 L Established Process Ranges |
|---|---|---|---|---|
| First Emulsification | Mixing Speed (rpm) | | 1150 | 1100 – 1200 |
| | Mixing Time (min) | | 70 | 69 – 71 |
| | Temperature (°C) | | 21.5 | 20.5 – 22.5 |
| Second Emulsification | Mixing Speed (rpm) | | 450 | 470[1] – 510 |
| | Mixing Time (sec) | | 60 | 55 – 65 |
| | Temperature (°C) | | 21.5 | 21.5 |
| Sparge | Total Flow Rate (L/min) | | 2442 | 2321 – 2566 |
| | Sparge Ring 1 (L/min) | | 650 | 618 – 683 |
| | Sparge Ring 2 (L/min) | | 932 | 885 – 979 |
| | Sparge Ring 3 (L/min) | | 430 | 409 – 452 |
| | Sparge Ring 4 (L/min) | | 430 | 409 – 452 |
| | Time (min) | | 25 | 24 – 26 |
| | Temperature (°C) | | 22.0 | 20.5 – 22.5 |
| Initial Concentration | Retentate Flow Rate (L/min) | | 150 | 140 – 170 |
| | Permeate Flow Rate (L/min) | | 32 | 24 – 40 |
| | Hold Volume (L) | | 315 | 300 – 330 |
| | Buffer Volume Exchange (VE) | | 4 | 4 – 4.5 |
| | Retentate Flow Rate (L/min) | | 155 | 140 – 170 |
| | Permeate Flow Rate (L/min) | | 20 | 10 – 25 |
| Diafiltration (Buffer Exchange) | Volume Exchange 0 – 3.5 | Total Nitrogen Flush Flow Rate (L/min) | 1000 | 1000 – 1400 |
| | | Flush Tube 1 (L/min) | 250 | 250 – 350 |
| | | Flush Tube 2 (L/min) | 250 | 250 – 350 |
| | | Flush Tube 3 (L/min) | 250 | 250 – 350 |
| | | Flush Tube 4 (L/min) | 250 | 250 - 350 |
| Diafiltration (Buffer Exchange) | Volume Exchange 3.5 – 4.5 | Total Nitrogen Flush Flow Rate (L/min) | 1500 | 1500 – 2200 |
| | | Flush Tube 1 (L/min) | 375 | 100 – 375 |
| | | Flush Tube 2 (L/min) | 375 | 375 – 1000 |
| | | Flush Tube 3 (L/min) | 375 | 100 – 375 |
| | | Flush Tube 4 (L/min) | 375 | 375 – 1000 |

DTX3.156

# Dr. Klibanov:  Substantial Experimentation Is Required



**Dr. Alexander Klibanov**

Q:   Now, on this factor, how do you view the quantity of experimentation in view of the patent's disclosure?

**A:   I view it as substantial but routine as to a person of ordinary skill in the art, as opposed to undue.**

Q:   And why is that?

**A:   Well, because a person of ordinary skill in the art, in this particular art, as I just explained repeatedly, would expect a substantial amount of experimentation, which experimentation this person would still view as routine.**

Tr. 751:3-11 (Klibanov)

DDX-5.157



Yaman Demonstrative, DTX-3.13

DDX-5.158

# *Amgen, Inc. v. Sanofi*, 598 U.S. 594 (2023)



A "trial-and-error method for finding functional antibodies" and "requir[ing] scientists to make substitutions to the amino acid sequences of antibodies known to work and then test the resulting antibodies to see if they do too … is not enablement.  More nearly, it is 'a hunting license.'"

*Amgen*, 598 U.S. at 614

"[T]he more a party claims, the broader the monopoly it demands, the more it must enable.  That holds true whether the case involves telegraphs devised in the 19th century, glues invented in the 20th, or antibody treatments developed in the 21st."

*Id.* at 613.

DDX-5.159

# Non-Infringement

# Jiangsu Hengrui's Development



**Dec. 2019:** Three 20 mL Batches Manufactured

**June 2020:** One 20 mL Batch Manufactured

**Jan. 2021:** Pacira Files Confidential Patent Application

**April/May 2021:** Three 10 mL Batches Manufactured

**June 2021:** '495 Patent Issues
(and application becomes public)

**Aug. 2021:** 20 mL ANDA filed

**Nov. 2021:** Lawsuit filed

**Dec. 2021:** 10 mL ANDA filed

**Feb. 2022:** Second lawsuit filed

**2018**
Jiangsu Hengrui
Begins
Manufacturing
Scale-Up

| 2018 | 2019 | 2020 | 2021 | 2022 |

DDX-5.161

# No ANDA Batches Made Since 2021

### Erucic Acid Concentration in Accelerated Stability Testing (25°C) of 10 mL and 20 mL ANDA Product

| ANDA Product | Batch Number | Manufacture Date[1] | Storage Condition[2] | Erucic Acid Concentration during Accelerated Stability Testing (25 °C)[2] | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Initial | 1 mo. | 2 mos. | 3 mos. | 6 mos. |
| 10 mL | 210401BM | 4/1/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 101 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 96 µg/mL |
| 10 mL | 210425BM | 4/25/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 88 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 83 µg/mL |
| 10 mL | 210527BM | 5/27/2021 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 99 µg/mL | 123 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 98 µg/mL | 126 µg/mL |
| 20 mL | 191214BL | 12/14/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 123 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| 20 mL | 191218BM | 12/18/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 116 µg/mL |
| 20 mL | 191225BM | 12/25/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| 20 mL | 200616BM | 6/16/2020 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 66 µg/mL | 139 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 67 µg/mL | 134 µg/mL |

DTX-3107

# No ANDA Batches Met Both One- and Six-Month Limitations

Erucic Acid Concentration in Accelerated Stability Testing (25°C) of 10 mL and 20 mL ANDA Product

| ANDA Product | Batch Number | Manufacture Date[1] | Storage Condition[2] | Erucic Acid Concentration during Accelerated Stability Testing (25 °C)[2] | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Initial | 1 mo. | 2 mos. | 3 mos. | 6 mos. |
| 10 mL | 210401BM | 4/1/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 101 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 96 µg/mL |
| 10 mL | 210425BM | 4/25/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 88 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 83 µg/mL |
| 10 mL | 210527BM | 5/27/2021 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 99 µg/mL | 123 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 98 µg/mL | 126 µg/mL |
| 20 mL | 191214BL | 12/14/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 123 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| 20 mL | 191218BM | 12/18/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 116 µg/mL |
| 20 mL | 191225BM | 12/25/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| 20 mL | 200616BM | 6/16/2020 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 66 µg/mL | 139 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 67 µg/mL | 134 µg/mL |

"ND": Not detected.

[1] JTX-4028.6; JTX-4032.6.
[2] JTX-4029.43-60, JTX-4035.56-81.

HIGHLY CONFIDENTIAL

DTX-3107

DDX-5.163

# No ANDA Batches Met Claim 7

**Erucic Acid Concentration in Accelerated Stability Testing (25°C) of 10 mL and 20 mL ANDA Product**

| ANDA Product | Batch Number | Manufacture Date[1] | Storage Condition[2] | Erucic Acid Concentration during Accelerated Stability Testing (25 °C)[2] | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Initial | 1 mo. | 2 mos. | 3 mos. | 6 mos. |
| 10 mL | 210⬤1BM | 4/1/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 101 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 96 µg/mL |
| 10 mL | 210⬤5BM | 4/25/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 88 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 83 µg/mL |
| 10 mL | 210⬤7BM | 5/27/2021 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 99 µg/mL | 123 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 98 µg/mL | 126 µg/mL |
| 20 mL | 19⬤4BL | 12/14/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 123 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| 20 mL | 19⬤8BM | 12/18/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 116 µg/mL |
| 20 mL | 19⬤5BM | 12/25/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| 20 mL | 200⬤6BM | 6/16/2020 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 66 µg/mL | 139 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 67 µg/mL | 134 µg/mL |

DTX-3107

DDX-5.164

# No ANDA Batches Met Both One- and Six-Month Limitations

**Erucic Acid Concentration in Accelerated Stability Testing (25°C) of 10 mL and 20 mL ANDA Product**

| ANDA Product | Batch Number | Manufacture Date[1] | Storage Condition[2] | Erucic Acid Concentration during Accelerated Stability Testing (25 °C)[2] | | | |
|---|---|---|---|---|---|---|---|
| **10 mL** | 210425BM | 4/25/2021 | Upright | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 88 µg/mL |
| | | | Inverted | ND | <64 µg/mL | <64 µg/mL | <64 µg/mL | 83 µg/mL |
| **10 mL** | 210527BM | 5/27/2021 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 99 µg/mL | 123 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 98 µg/mL | 126 µg/mL |
| **20 mL** | 191214BL | 12/14/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 123 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| **20 mL** | 191218BM | 12/18/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 116 µg/mL |
| **20 mL** | 191225BM | 12/25/2019 | Upright | ND | ND | <64 µg/mL | <64 µg/mL | 118 µg/mL |
| | | | Inverted | ND | ND | <64 µg/mL | <64 µg/mL | 120 µg/mL |
| **20 mL** | 200616BM | 6/16/2020 | Upright | <64 µg/mL | <64 µg/mL | <64 µg/mL | 66 µg/mL | 139 µg/mL |
| | | | Inverted | <64 µg/mL | <64 µg/mL | <64 µg/mL | 67 µg/mL | 134 µg/mL |

DTX-3107

DDX-5.165

# Limit of Quantitation ("LOQ") = 64 µg/mL



**Table 3.2.P.8.3.2–3.   Test Results for Accelerated Stability Study (Batch 210425BM) at 25°C ± 2°C/60% RH ± 5% RH, Upright**

| Drug Product Name/ strength | Bupivacaine Liposome Injectable Suspension (strength: *133 mg/10 mL (13.3 mg/mL)*) | Protocol No. | DP-P08-Y04-17026 03 |
|---|---|---|---|
| Container closure system | Same as the package intended for marketing | Start time | Apr. 26th, 2021 |
| Manufacture date | Apr. 25th, 2021 | Storage condition | 25°C ± 2°C/60%RH±5% RH |
| Batch number/batch size (Actual output) | 210425BM/6808 vials | Placement method | Upright |

| Sampling time (pulling out date) | | N/A | May. 27th, 2021 | Jun. 29th, 2021 | Jul. 28th,2021 | Oct. 26th,2021 |
|---|---|---|---|---|---|---|
| Tests | Acceptance Criteria | Initial | 1M | 2M | 3M | 6M |
| | | | * * * | | | |
| Erucic Acid | NMT 250 µg/mL. | ND | <64 µg/mL (23 µg/mL) [5] | <64 µg/mL (46 µg/mL) | <64 µg/mL (63 µg/mL) | 88 µg/mL |

JTX-4029.50-51

5: 64 µg/mL is the LOQ of erucic acid;

DDX-5.166

# Dr. Karaborni: No Confidence in Values Below the LOQ



**Dr. Sami Karaborni**

Q.  And you understand that the LOQ for Jiangsu Hengrui's assay was 64 micrograms per mL, right?

A.  **Yes.**

Q.  So any value that Jiangsu Hengrui has reported there that's lower than 64 micrograms per mL can't be determined with suitable precision or accuracy; right?

A.  **Yes.**

Q.  The number that you are pointing to here is 23, right?

A.  **Yes.**

Q.  So you don't have too much confidence in that number because it's below the LOQ, right?

A.  **Yes.**

Tr. 294:11-22 (Karaborni)

DDX-5.167

# Ms. Los: Below the LOQ, an Assay "Can't Tell You Exactly How Much"



**Kathleen Los**



Q.    In a general terminology sense, Ms. Los, what does the limit     of quantification mean?

**A.    Whenever you validate an assay, you validate it across a certain range, low to high, and that means that the signal for these samples was lower than the validated lower limit    for quantitation.**

Q.    So would it be fair to say, Ms. Los, that some erucic was detected in these samples, something less than 20, but the     assay     can't tell you exactly how much?

**A.    Yes, that's what that means.**

JTX-4289.24 (Los Tr.) at 126:3-4, 126:6-14, 126:16

DDX-5.168

# Dr. Schwendeman: Cannot Accurately Tell Concentration Below the LOQ



**Dr. Anna Schwendeman**

Q. Did you hear [Ms. Los] explain in the deposition that the limit of quantification is some – means that some erucic acid was detected in the same, something less than whatever the limit of quantification is, but the assay can't tell us exactly how much?

**A. Yes.  The assay cannot accurately tell the concentration below the 64 or below the limit of quantification.**

Q. And do you agree that that's a correct definition of LOQ?

**A. I agree with the definition of LOQ.**

Tr. 396:17-25 (Schwendeman)

DDX-5.169

# Dr. Cui (Jiangsu Hengrui): Cannot Determine Accuracy of Data Below the LOQ



**Dr. Hongying Cui**

Q. ...Does LOQ mean the lowest concentration of the substance that can be measured with certainty using standard tests?

**A. Yes.**

Q. So "LOQ" refers to the lowest concentration that could be measured with certainty.  Is that – wouldn't you agree that the 52 micrograms/milliliter included here in the parentheses isn't the result of reliable tests?

**A. Because this number is below the LOQ, and therefore, the accuracy of this data cannot be determined.**

JTX-4285.12-13 (Cui Tr. 87:11-13, 87:15, 87:21-25, 88:2-4)

DDX-5.170

# *Sunovion* Does Not Apply



"When an ANDA is silent with respect to infringement . . . the correct analysis is under *Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1570 (Fed. Cir. 1997), not *Sunovion*."

*Ferring B.V. v. Watson Lab'ys, Inc.-Fla.*,
764 F.3d 1382, 1387-88 (Fed. Cir. 2014) ("Ferring II")

"In cases in which the ANDA specification does not resolve the infringement question in the first instance, we have endorsed the district court's reference to relevant evidence, including biobatch data and actual samples of the proposed generic composition that the ANDA filer had submitted to the FDA."

*Ferring B.V. v. Watson Lab'ys, Inc.-Fla.*,
764 F.3d 1401, 1409 (Fed. Cir. 2014) ("Ferring I")

DDX-5.171

# '495 Patent, Claim 7

wherein the erucic acid concentration in the composition is **about 23 µg/mL or less after the composition is stored at 25° C. for one month**.

**7.** The composition of claim 1, wherein the erucic acid concentration in the composition is **about 99 µg/mL or less after the composition is stored at 25° C. for six months**.

JTX-4121.21, claims 1, 7

DDX-5.172

# ICH Decision Tree





DTX-3061.12

# The ANDA Products' Shelf-life Is Based on 5 °C Test Results



This product should be stored at refrigerated at 2° to 8°C and accelerated condition is 25°C ± 2°C/60% RH ± 5%, therefore, there is no intermediate storage condition possible. Due to failure of the accelerated stability study, the proposed expiration period of the generic drug product should be based on the real-time data available at the long-term storage condition.

JTX 4036.13

# Dr. Schwendeman: Shelf-life Based on 5 °C, Not 25 °C



**Dr. Anna Schwendeman**

Tr. 406:11-23 (Schwendeman)

Q.   Now, we looked at the erucic acid results, but if we look on page 13 towards the bottom, what was the result of the accelerated stability testing that Jiangsu Hengrui did?

A.   **There is one of the conclusion given that: "Due to the failure of accelerated stability study, the proposed expiration period for generic drug will be based on real-time data available at the long-term storage condition."**

Q.   Can you explain what that means?

A.   **It means they performed accelerated stability study and followed the parameters, one or more parameters failed at this temperature and because of that, they will be based, the shelf life, on real data from storage in refrigeration, the data from 2 to 8 degrees.**

DDX-5.175

# Release and Shelf-life Specifications



JTX-4027.1

**3.2.P.5          CONTROL OF DRUG PRODUCT**

**3.2.P.5.1          Specification**

The drug product release specification and shelf-life specification for Bupivacaine Liposome Injectable Suspension, 133 mg/10 mg (13.3 mg/mL) are proposed based on USP general chapters, the relevant ICH guidelines, in-house development data as well as test results from RLD lots.

**Release specification**

All the tests listed in Table 3.2.P.5.1–1 will be performed for the release testing of Bupivacaine Liposome Injectable Suspension, 133 mg/10 mg. The specification includes all the critical quality attributes that may be affected by the manufacturing process and formulation composition and it also include all the critical quality attributes that may be linked to the product performance and patient safety.

Please note that the release specification for the 10-mL fill volume are identical with that for the 20-mL fill volume except the acceptance criterion of container content.

**Shelf-life specification**

Please refer to Table 3.2.P.5.1–2 for the shelf-life specification. The tests, analytical methods and acceptance criteria in shelf-life specification applicable for the shelf-life testing of Bupivacaine Liposome Injectable Suspension, 133 mg/10 mg and 266 mg/20 mL, are identical with those of release specification except for the acceptance criteria of erucic acid and lysophosphatidylcholine (LEPC).

Please refer to Section 3.2.P.5.6 for the justification of specification.

Please note that the shelf-life specification for the 10-mL fill volume are identical with that for the 20-mL fill volume except the acceptance criterion of container content.

# ANDA Products' Shelf-life Based on Long Term (5 °C) Storage Data ONLY

**Proposed Expiration Dating Period:**

The proposed tentative shelf-life for the generic drug product is 24 months supported by 24 month stability data from three submission batches (batch 191214BL, 191218BM, 191225BM and 200616BM) under long-term storage conditions (2°-8°C). The accelerated (25°C ± 2°C/60% RH ± 5% RH) stability data up to 6 months showed that the encapsulation efficiency results from 6-month accelerated samples were not within acceptable range specified in specification for stability, therefore, the shelf-life will be based on the real time data available for the long-term storage condition.

This product should be stored at refrigerated at 2° to 8°C and accelerated condition is 25°C ± 2°C/60% RH ± 5%, therefore, there is no intermediate storage condition possible. Based on ICH Q1A (R2) guidance, for the drug products intended for storage in a refrigerator, if significant change occurs between 3 and 6 months' testing at the accelerated storage condition, the proposed expiration period should be based on the real-time data available at the long-term storage condition.

JTX-4036.4

DDX-1.177

# Shelf-Life Specification: Long Term Storage Conditions

**Guidance for Industry**

Q1A(R2) Stability Testing
of New Drug Substances
~~and Products~~

**Specification, Shelf life:** The combination of physical, chemical, biological, and microbiological tests and acceptance criteria that determine the suitability of a drug substance throughout its retest period, or that a drug product should meet throughout its shelf life.

**Shelf life (also referred to as expiration dating period):** The time period during which a drug product is expected to remain within the approved shelf life specification, provided that it is stored under the conditions defined on the container label.

JTX-4044.0001

JTX-4044.22-23

DDX-5.178

# Dr. Schwendeman: No Specification at 25 °C



**Dr. Anna Schwendeman**

Q.     Do you agree with Dr. Karaborni?

**A.     I disagree.**

Q.     What's the basis for your disagreement?

**A.     I believe that none of the seven batches that are made under this ANDA meets the limitation of Claim 7. Sorry, I misspoke. None of the batches meet the limitations of Claim 7. All seven batches.**

Q.     And –

**A.     And then also that Jiangsu Hengrui does not have a specification for erucic acid concentration after storage at 25 degrees.**

Tr. 392:9-20 (Schwendeman)

DDX-5.179

# Dr. Grigsby: Pacira Has No Specification at 25 °C



**Dr. John Grigsby**



Q. Dr. Grigsby, you testified on direct that Exparel has stability specifications, correct?

**A. Yes, it does.**

Q. Specifically, Exparel has stability specifications at 2 to 8 degrees Celsius, right?

**A. Correct.**

Q. Exparel does not have stability specifications at 25 degrees Celsius, right?

**A. That's correct.**

Q. Pacira sometimes measures batches at 25 degrees Celsius, right?

**A. Correct.**

Q. They compare those results to the 5 degree specifications for informational value, right?

**A. Yes.**

Q. But they don't have a 25 degree Celsius specification, right?

**A. Correct.**

Tr. 195:23-196:15 (Grigsby)

DDX-5.180

# Pacira Has No Specification at 25 °C

Pacira Pharmaceuticals, Inc.                    Document: Quality Control Stability Study Protocol
Protocol: PR310                                                              Page 2 of 11

Long-Term Stability Study at 5 ± 3°C and Accelerated Stability Study at 25 ± 2°C
EXPAREL Lots: 129855, 129856, and 129860

STUDY INFORMATION

Product Name:  EXPAREL® (bupi

Type of Study:  Long Term Stabili

Pacira EXPAREL Lot Number

| | | | |
|---|---|---|---|
| 129855 | | | |
| 129856 | 23Mar2020 | 26Mar2020 | Registration |
| 129860 | 31Mar2020 | 03Apr2020 | Registration |

Vials for the accelerated study are pulled and tested using standard test methods per Table 2. Specifications do not apply to the accelerated study. There are only expected result ranges.

DTX-2535.3

① PASS/FAIL criteria not applicable to 25°C accelerated stability SP 04Mar22

① PASS/FAIL criteria not applicable to 25°C accelerated stability SP 04Mar22

① PASS/FAIL criteria not applicable to 25°C accelerated Stability SP 04Mar22

DTX-2551.2;
DTX-2552.2;
DTX-2553.2

DDX-5.181

# Dr. Karaborni: Contradicts Pacira



**Dr. Sami Kararboni**

Q.   Dr. Karaborni, were you in court yesterday to hear Dr. Grigsby testify?

A.   **Yes, I was.**

Q.   Did you hear him testify – and for the record, this is from the trial transcript day one at page 196.

"QUESTION: But they" – in reference to Pacira – "they don't have a 25 degree Celsius specification, right?"

"ANSWER: Correct."

Do you recall that testimony?

A.   **I do.**

Q.   Do you agree with Dr. Grigsby?

A.   **No, I don't.**

Tr. 280:20-281:6 (Karaborni)

DDX-5.182

# Jiangsu Hengrui Has No Commitment to Test Commercial Product at 25 °C



DTX-3059.6

## Post-Approval Stability Commitment

Jiangsu Hengrui Pharmaceuticals Co., Ltd. ("Hengrui Pharma") commits that for the three submission batches of Bupivacaine Liposome Injectable Suspension, 133 mg/10 mL (13.3 mg/mL) described in Section 3.2.P.8.1, the long term stability studies at 2 - 8°C will be continued up to the end of shelf-life.

Therefore, at least one commercial batch of Bupivacaine Liposome Injectable Suspension, 133 mg/10 mL (13.3 mg/mL) per year (if production is performed that year) will be placed in inverted positions at long term stability condition (2 - 8°C) through the proposed shelf life by Jiangsu Hengrui Pharmaceuticals Co., Ltd. All the stability samples will be packaged in container closure system as approved for marketing.

If any stability sample is found to fail the approved specification during the post-approval long term stability study, Hengrui Pharma will withdraw from the market any batches found to fall outside the approved specifications for the drug product. If Hengrui Pharma has evidence that the deviation is a single occurrence that does not affect the safety and efficacy of the drug product, Hengrui Pharma will immediately discuss it with the appropriate chemistry team and provide justification for the continued distribution of that batch. The change or deterioration in the distributed drug product will be reported under 21 CFR 314.81(b)(l)(ii).

# Jiangsu Hengrui's Development



**Dec. 2019:** Three 20 mL Batches Manufactured

**June 2020:** One 20 mL Batch Manufactured

**Jan. 2021:** Pacira Files Confidential Patent Application

**April/May 2021:** Three 10 mL Batches Manufactured

**June 2021:** '495 Patent Issues
(and application becomes public)

**Aug. 2021:** 20 mL ANDA filed

**Nov. 2021:** Lawsuit filed

**Dec. 2021:** 10 mL ANDA filed

**Feb. 2022:** Second lawsuit filed

**2018**
Jiangsu Hengrui
Begins
Manufacturing
Scale-Up

2018   2019   2020   2021   2022

DDX-5.184

# Conclusion