# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 5/7/24

**JUDGE:** Madeline Cox Arleo

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                              Docket No. 21-cv-19829(MCA)

PACIRA PHARMACEUTICALS, INC., et al. v. EVENUS PHARMACEUTICALS, et al.

**Appearances:**     Thomas Scrivo, Mark Makhail, Corrin Drakulich, Michael Zoppo, Ryan Petty, Deanna Reichel, Karen Wheatley for plaintiffs Pacira Pharmaceuticals, Inc., et al.

Eric Abraham, Daryl Wiesen, Kathleen McGuiness, Kevin DeJong, Alison Siedor, for defendants Evenus Pharmaceuticals, et al.

**Nature of proceedings:** BENCH TRIAL

Closing arguments held on the record.


Time Commenced 1:10 p.m.
Time Adjourned 5:35p.m.


*Amy Andersonn*
Amy Andersonn, Deputy Clerk