

**Cynthia S. Betz**
Partner
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

June 10, 2024

**VIA ECF**

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Pacira Pharmaceuticals, Inc., et al. v. eVenus Pharmaceuticals Labs. Inc., et al.*
      No. 2:21-cv-19829-MCA-JRA

Dear Judge Almonte:

  We, along with Fish & Richardson P.C. and O'Toole Scrivo, LLC, represent Plaintiffs in this matter. Consistent with the Court's instructions during the June 4, 2024 status conference, we write to advise that the Parties have met-and-conferred regarding the subject matter of Plaintiffs' Motions to Seal. (ECF Nos. 324, 384).

  Plaintiffs now write to advise the Court that they no longer seeks to seal and/or redact the information designated in ECF Nos. 264, 264-1 to 264-7, 266-1 to 266-16, 272, 272-1 to 272-5. 277-2 to 277-9, 282, 284 to284-3, 286, 288 to 288-5, 290, 290-1 to 290-12, 291, 293-1 to 293-7, 298, 301-2 to 301-3, 303-2 to 303-6, 304, 304-1, 306, 306-2 to 306-5, 365-1, and 369-1. Accordingly, those items, which are still under temporary seal, can be unsealed on the Court's docket.

  If this request is acceptable to the Court, we respectfully request Your Honor endorse this letter as "So Ordered." We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Cynthia S. Betz*
Cynthia S. Betz

CC: All counsel of record (via ECF)

         SO ORDERED this _____ day of June 2024:

ME1 48725155v.1

_____
Hon. Jose R. Almonte, U.S.M.J.

ME1 48725155v.1