

21 Roszel Road, P.O. Box 5226
Princeton, NJ 08540-5226
main 609.924.0808
fax 609.452.1888

WRITER'S DIRECT DIAL: (609) 734-6358

June 11, 2024

**VIA ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re:  *Pacira Pharmaceuticals, Inc. et al. v. eVenus Pharmaceuticals Labs. Inc., et al.*
     C.A. Nos.: 21-19829-MCA-JRA and 22-00718-MCA-JRA *(consolidated)*

Dear Judge Arleo:

  We, together with Goodwin Procter LLP, represent Defendants in the above-referenced matter. Consistent with the Court's direction during the June 4, 2024 status conference, we write to inform the Court that the parties have met and conferred regarding the information contained in Plaintiffs' Motions to Seal, ECF Nos. 324, 384.

  Defendants write to inform the Court that they no longer seek to seal and/or redact the information designated in ECF Nos. 277-1, 291, 298, and 306, which was subject to the Motion to Seal, ECF No. 324. Therefore, we respectfully request that the Court issue this proposed Order and direct the Clerk's Office to unseal those documents, which are temporarily under seal on the Court's docket.

  With respect to the Motion to Seal, ECF No. 384, Defendants did not seek to seal any information pursuant to that Motion.

  If this request is acceptable to the Court, we respectfully request that Your Honor endorse this letter as **"So Ordered"** and enter it on the docket.

  We thank the Court for its time and assistance in this matter. If the Court would like to discuss this matter further, Defendants will make themselves available at the Court's convenience.

            Respectfully submitted,

            */s/ William Murtha*
            WILLIAM P. MURTHA

Cc: All counsel of record via ECF and email

SO ORDERED this 17th day of June 2024:

_____
JOSÉ R. ALMONTE
United States Magistrate Judge