

**Mark M. Makhail**
Partner
T. 973-639-2092
F. 973-297-6636
mmakhail@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

July 31, 2024

<u>**VIA ECF**</u>

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Pacira Pharmaceuticals, Inc., et al. v. eVenus Pharmaceuticals Labs. Inc., et al.*
             C.A. Nos. 21-cv-19829, 23-cv-02367, and 24-cv-06294 (MCA) (JRA)

Dear Judge Almonte:

     We, along with Fish & Richardson P.C. and O'Toole Scrivo, LLC, represent Plaintiffs in this matter. On July 17, 2024, the parties submitted a joint status update regarding all of the above referenced actions. (*See* Civil Action Nos.: 21-19829, at ECF No. 392; 23-2367, at ECF No. 128; 24-6294, at ECF No. 16). That letter was filed under temporary seal as it potentially contained Defendants' confidential and sensitive information.

     We now write on behalf of all parties to advise that the July 17, 2024 joint status letter no longer needs to be sealed. Accordingly, we respectfully request that the Court "So Order" this letter directing the Clerk of the Court to unseal the July 17, 2024 joint status update letter on all of the aforementioned dockets.

     We thank the Court for its consideration and remain available to answer any questions it may have.

Respectfully submitted,

*/s/ Mark M. Makhail*
Mark M. Makhail

cc: Counsel of Record (via ECF)

**SO ORDERED**.

                                                                  _____
                                                                   Hon. José R. Almonte, U.S.M.J.
                                                                   August 1, 2024

ACTIVE/130593062.2

ME1 49286997v.1