

**Mark M. Makhail**
Partner
T. 973-639-2092
F. 973-297-6636
mmakhail@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
www.mccarter.com

August 13, 2024

**VIA ECF**

Hon. José R. Almonte, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *Pacira Pharmaceuticals, Inc., et al. v. eVenus Pharmaceuticals Labs. Inc., et al.*
              Civil Action No. 21-19829 (MCA) (JRA)

Dear Judge Almonte:

    We, along with Fish & Richardson P.C. and O'Toole Scrivo, LLC, represent Plaintiffs in this matter. On August 9, 2024, the Court issued its Opinion in the above referenced action under temporary seal. (ECF No. 403).

    The Parties conferred and agree that no portion of the Opinion needs to be maintained under seal. Accordingly, the Parties jointly write to advise that the Opinion may be unsealed without redaction.

    We thank the Court for its consideration and remain available to answer any questions it may have.

Respectfully submitted,

*/s/ Mark M. Makhail*
Mark M. Makhail

cc: Counsel of Record (via ECF)

**SO ORDERED**.

                                                           Hon. José R. Almonte, U.S.M.J.
                                                           August 14, 2024