Cynthia S. Betz
Mark M. Makhail
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444

*Attorneys for Plaintiffs Pacira Pharmaceuticals, Inc.,*
*and Pacira Biosciences, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., and PACIRA BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> eVenus PHARMACEUTICALS LABORATORIES, INC., JIANGSU HENGRUI PHARMACEUTICALS CO., LTD., and FRESENIUS KABI USA, LLC, <br><br> Defendants. | Civil Action No. 2:21-cv-19829-MCA-JRA (consolidated with Civil Action No. 2:22-cv-00718-MCA-JRA) <br><br> **NOTICE OF APPEAL** |

## PACIRA PHARMACEUTICALS, INC. AND PACIRA BIOSCIENCES, INC.'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Pacira Pharmaceuticals, Inc. and

Pacira BioSciences, Inc. (collectively, "Pacira"), by and through their undersigned

counsel, hereby appeal to the United States Court of Appeals for the Federal Circuit

ME1 49574742v.1

from the August 27, 2024 Final Judgment (ECF No. 408) entered in the above captioned case and from all underlying findings, orders, decisions, rulings, and opinions incorporated in and antecedent to, or ancillary to that Final Judgment, including, but not limited to, the Court's August 9, 2024 Opinion (ECF No. 403) and accompanying Order (ECF No. 404), the Court's January 19, 2024 Order denying *Daubert* motions and motions in limine (ECF No. 315), and the Court's June 6, 2023 Claim Construction Opinion (ECF No. 187) and accompanying Order (ECF No. 188).

Respectfully submitted,

Dated:  August 27, 2024

| | |
|---|---|
| */s/ Cynthia S. Betz* <br> Cynthia S. Betz <br> Mark M. Makhail <br> **McCarter & English, LLP** <br> Four Gateway Center <br> 100 Mulberry St. <br> Newark, NJ 07102 <br> Telephone: (973) 622-4444 <br><br> Thomas P. Scrivo <br> Young Yu <br> **O'Toole Scrivo, LLC** <br> 14 Village Park Road <br> Cedar Grove, NJ 07009 <br> Telephone: (973) 239-5700 <br> tscrivo@oslaw.com <br> yyu@oslaw.com | Michael T. Zoppo <br> **Fish & Richardson P.C.** <br> 7 Times Square, 20th Floor <br> New York, NY 10038 <br> Telephone: (212) 765-5070 <br> Facsimile: (212) 258-2291 <br> zoppo@fr.com <br><br> Corrin N. Drakulich (*pro hac vice*) <br> **Fish & Richardson P.C.** <br> 1180 Peachtree Street NE, 21st Floor <br> Atlanta, GA 30309 <br> Telephone: (404) 892-5005 <br> Facsimile: (404) 892-5002 <br> drakulich@fr.com <br><br> Deanna J. Reichel (*pro hac vice*) |

**Fish & Richardson P.C.**
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
reichel@fr.com

Karrie Wheatley (*pro hac vice*)
**Fish & Richardson P.C.**
909 Fannin Street, Suite2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
wheatley@fr.com
moran@fr.com

*Attorneys for Plaintiffs Pacira Pharmaceuticals, Inc., and Pacira BioSciences, Inc.*